**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Varaluz, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**11-3793709**

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**4445 Harmon Cove Court, Suites 4-6**
**Las Vegas, NV 89103**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **varaluz.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Varaluz, LLC**                                                                      Case number (*if known*)
          Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Varaluz, LLC**                                                              Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Varaluz, LLC**                                                      Case number (*if known*)
_____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor  **Varaluz, LLC**                                                    Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2024**
          MM / DD / YYYY

**X** **/s/ Ronald F. Henderson**                             **Ronald F. Henderson**
    Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Talitha Gray Kozlowski**                    Date   **June 25, 2024**
    Signature of attorney for debtor                        MM / DD / YYYY

**Talitha Gray Kozlowski 9040**
Printed name

**Garman Turner Gordon LLP**
Firm name

**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone   **725-777-3000**          Email address _____

**9040 NV**
Bar number and State

---

**CONSENT IN LIEU OF SPECIAL MEETING OF**
**THE MEMBERS OF VARALUZ, LLC**

The undersigned, constituting all of the Members and the Manager of VARALUZ, LLC, a Nevada limited liability company (the "*Company*"), hereby consent, pursuant to the Nevada Limited Liability Company Act and the Company's Operating Agreement, as amended with the fifth and final amendment effective October 24, 2023 (the "*Operating Agreement*"), to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a special meeting of the Members of the Company:

WHEREAS, the Operating Agreement does not contain any specific requirements for approval to file a petition in bankruptcy or petition to take advantage of any insolvency act.

WHEREAS, pursuant to Section 8.3 of the Operating Agreement, a majority vote of the Members may authorize or permit the Company to effectuate any change in the Company's business activities and to undertake any business a activity on behalf of the Company that involves an expense of Five Thousand Dollars ($5,000.00) or more.

WHEREAS, all Members and the Manager hereby authorize the Company to file a petition in bankruptcy.

NOW, THEREFORE, BE IT:

RESOLVED, that Ronald Henderson, the Majority Member and Manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"), in the United States Bankruptcy Court for the District of Nevada.

RESOLVED FURTHER, that Ronald Henderson shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code.

RESOLVED FURTHER, that the Company is authorized, directed, and has ratified the Company's hiring of the law firm of Garman Turner Gordon LLP to represent the Company in such bankruptcy case.

**[Signature page follows.]**

Approved By:                                        Approved By:

_____   6/17/2024        _____

Ronald Henderson, Manager and Majority             Huan Wu, Member (10.23025%)
Member (79.5395%)


Approved By:


_____

Rommel Bundalian, Member (10.23025%)

Approved By:

_____
Ronald Henderson, Manager and Majority
Member (79.5395%)

Approved By:

_____
Huan Wu, Member (10.23025%)

Approved By:

_____
Rommel Bundalian, Member (10.23025%)

**Fill in this information to identify the case:**

Debtor name     **Varaluz, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2024**      X **/s/ Ronald F. Henderson**
                                         Signature of individual signing on behalf of debtor

                                         **Ronald F. Henderson**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Varaluz, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VPI/ La Forge Lighting and Furniture Inc Building 14, Berthaphil #1 Compound Jose Abad Santos Ave Clakr Freeport Zone Pampanga PH 2009 Philippines** | | **Manufacturer** | | | | **$545,027.71** |
| **White Road Capital LLC dba GFE Holdings Attn: Managing Member or Bankruptcy Dept 27-01 Queens Plaza North, Ste. 802 Long Island City, NY 11101** | | **Merchant Agreement** | **Contingent Disputed** | | | **$261,838.00** |
| **Square Funding Cali LLC Attn: Managing Member or Bankruptcy Dept 90 E Halsey Rd. Parsippany, NJ 07054** | | **Merchant Agreement** | **Contingent Disputed** | | | **$190,006.47** |
| **Kalamata Capital Group, LLC Attn: Managing Member or Bankruptcy Dept 1 Blue Hill Plaza Lobby Level #1509 Pearl River, NY 10965** | | **Merchant Agreement** | **Contingent Disputed** | | | **$182,972.50** |

Debtor **Varaluz, LLC**                                              Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jorge Hernandez 4112 Glenfield Cir. Las Vegas, NV 89129 | | Employee Reimbursement | | | | $127,390.66 |
| American Express National Bank Attn: Managing Member or Bankruptcy Dept c/o CT Corporation System 28 Liberty Street New York, NY 10005 | | Business line of credit | | | | $115,519.12 |
| Schnitzer Properties Attn: Managing Member or Bankruptcy Dept 3111 South Valley View Blvd., Ste. K101 Las Vegas, NV 89102 | | Landlord | | | | $105,000.00 |
| Andmore Attn: Managing Member or Bankruptcy Dept c/o International Market Centers LP 475 S. Grand Central Parkway #1615 Las Vegas, NV 89106 | | Rent | | | | $71,013.16 |
| Merged Funding Group Corp. Attn: Managing Member or Bankruptcy Dept 1 Princeton Ave. Brick, NJ 08724 | | Merchant Agreement | Contingent Disputed | | | $66,255.80 |
| Cloudfund LLC Attn: Managing Member or Bankruptcy Dept 400 Rella Blvd., Ste. 165-101 Suffern, NY 10901 | | Merchant Agreement | Contingent Disputed | | | $59,700.81 |

Debtor **Varaluz, LLC**
_____        Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elight BrandJump LLC Attn: Managing Member or Bankruptcy Dept 21550 Oxnard St., 3rd Flr. Woodland Hills, CA 91367 | | Sales Representative | | | | $52,146.89 |
| Light Inc. Jeff Skippon J2MK dba Light LLC 2421 W. 205th Street, Ste. D-107 Torrance, CA 90503 | | Sales Representative | | | | $41,815.93 |
| York Sales LLC Attn: Kelly York 701 Bardfield Ave. Garland, TX 75041 | | Sales Representative | | | | $37,027.40 |
| Mitchell Winston 2020 Old Prescott Ct. Richmond, VA 23238 | | Sales Representative | | | | $30,271.41 |
| American Express Skymiles Reserve Purp Attn Managing Member or Bankruptcy Dept 200 Vesey Streeet New York, NY 10281 | | Credit Card | | | | $29,551.62 |
| Kellee Hollenback-Hammond 1109 Clubview Court Monroe, GA 30655 | | Partner Loan | | | | $27,500.00 |
| AUSPI Group LLC Attn: Managing Member or Bankruptcy Dept 417 South Associate Rd., #102 Brea, CA 92821 | | Freight Consulting Firm | | | | $27,080.03 |
| Starry Lights LLC Attn: Jerry R. Starry 200 Fennel St. New Alexandria, PA 15670 | | Sales Representative | | | | $26,081.79 |

Debtor  **Varaluz, LLC**                                                    Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Netsuite - Oracle America, Inc. Attn: Managing Member or Bankruptcy Dept Bank of America Lockbox Services 15612 Collections Center Dr. Chicago, IL 60693** | | **IT Software** | | | | **$20,068.19** |
| **Richard Alan & Associates Attn: Managing Member or Bankruptcy Dept 232 Gruene Trail Allen, TX 75002** | | **Sales Representative** | | | | **$19,010.95** |

**Fill in this information to identify the case:**

Debtor name      **Varaluz, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $ ____2,758,605.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $ ____2,758,605.36

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ ____145,835.46

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ ____442,613.28

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ ____2,376,107.05

4.   **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                                                            $ ____2,964,555.79

**Fill in this information to identify the case:**

Debtor name  **Varaluz, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property             12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **4401** | **$0.00** |
| 3.2. | **Wells Fargo** | **Savings** | **9727** | **$0.00** |
| 3.3. | **Nevada State Bank** | **Checking - Operations** | **4499** | **$1,351.76** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,351.76** |

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

Debtor  **Varaluz, LLC**                                         Case number *(If known)* _____
_____
Name

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Landlord - Dallas Market Center, Highpoint, Las Vegas Market Center** | **$19,932.47** |

| | | |
|---|---|---|
| 7.2. | **Customer (Custom Items)** | **$280,739.43** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                **$300,671.90**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:          **833,765.67**  -          **73,496.41**  = ....          **$760,269.26**

           face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                **$760,269.26**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Lighting Inventory** | | **$1,443,855.67** | **Book Value** | **$1,443,855.67** |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                              **$1,443,855.67**

Add lines 19 through 22.  Copy the total to line 84.

Debtor     **Varaluz, LLC**                                                Case number *(If known)* _____
       Name

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computers, Ipads, Monitors, Printers, Computer Software, Other Hardware, Office Furnishings | **$0.00** | Book Value | **$184,055.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.              **$184,055.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

Debtor    **Varaluz, LLC**                                    Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Forklift, Racks, Pallet Jacks, Dolly, Rolling<br>Ladders, Carts, Tool Carts** | $0.00 | Depreciation Sch | $66,554.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                                    $66,554.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Four Leases - Las<br>Vegas Warehouse,<br>Las Vegas<br>Showroom,<br>Highpoint<br>Showroom, Dallas<br>Showroom** | Leasehold | $0.00 | | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.           $0.00
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor   **Varaluz, LLC**                                    Case number *(If known)* _____
         Name

�■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **Intellectual Property - Smart Application Software, Windows small business server, Windows small business server client, Smart Software** | **$25,294.00** | Book Value | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **Customer list - Design work product, TMore** | Unknown | | Unknown |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** **Goodwill** | Unknown | | Unknown |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor  **Varaluz, LLC**
_____  Case number *(If known)* _____
Name

| | **Current value of debtor's interest** |
|---|---|

| 71. | **Notes receivable** | | | | |
|---|---|---|---|---|---|
| | Description (include name of obligor) | | | | |
| | **Refund from Department Employment Training and Rehab** | 1,847.77 | - | 0.00 | = |
| | | Total face amount | | doubtful or uncollectible amount | |

Current value of debtor's interest: **$1,847.77**

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**          **$1,847.77**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Varaluz, LLC**
<sub>Name</sub>

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,351.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $300,671.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $760,269.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,443,855.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $184,055.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,554.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,847.77 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,758,605.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,758,605.36 |

**Fill in this information to identify the case:**

Debtor name    **Varaluz, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **SBA U.S. Small Business Administration** | | |
| --- | --- | --- | --- |

Creditor's Name

**Attn: Managing Member or Bankruptcy Dept
409 3rd St., SW
Washington, DC 20416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**                                            $145,835.46          $145,835.46

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $145,835.46

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name   **Varaluz, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,277.53** | **$4,277.53** |
|---|---|---|---|---|

**A502 Elite**
**Elite Sales Group/Luxeco**
**Attn: Managing Member or**
**Bankruptcy Dept**
**3301 Hickory Ridge**
**Edmond, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70.00** | **$70.00** |
|---|---|---|---|---|

**Amber Tubbs**
**831 Garden Breeze Way**
**Las Vegas, NV 89123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Varaluz, LLC**
_____
Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,714.78 | $1,714.78 |

**Angela Smith**
**5549 Belmont Drive, Apt. 203**
**Winston Salem, NC 27106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,589.64 | $15,150.00 |

**Brad Buntz**
**100 E Main Street**
**Robins, IA 52328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,277.53 | $4,277.53 |

**Carolina Fixture Sales, Inc.**
**Attn: Managing Member or**
**Bankruptcy Dept**
**1310 S Tryon St., #107**
**Columbia, SC 29203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.06 | $582.06 |

**Cohen Scalia Agency**
**Attn: Managing Member**
**7465 Trans Canada West**
**St. Laurent QC H4T1T3**
**Canada**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Varaluz, LLC**                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,100.80** | **$1,100.80**

**CSR Associates**
**Attn: Managing Member or**
**Bankruptcy Dept**
**5315 N. Pennsylvania St.**
**Indianapolis, IN 46220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,219.04** | **$6,219.04**

**Dunn Lighting Sales**
**Attn: Managing Member or**
**Bankruptcy Dept**
**765 SE Cedar Falls Way**
**North Bend, WA 98045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,612.81** | **$2,612.81**

**Elite Lighting - Rick Taylor &**
**Julie Jenkins**
**Attn: Managing Member or**
**Bankruptcy Dept**
**553 Rita Place**
**Castle Rock, CO 80108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$148.25** | **$148.25**

**Estrin Calabrese Sales**
**Attn: Managing Member or**
**Bankruptcy Dept**
**17 S Main Street, Ste. 3**
**Manville, NJ 08835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Varaluz, LLC**        Case number (if known) _____
_____
Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,944.89 | $15,150.00 |
|------|----------|----------|----------|----------|

**Framburg**
**Lighting Resource Group**
**Attn: Managing Member or**
**Bankruptcy Dept**
**2341 Trillium Lane**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $2,504.51 | $2,504.51 |
|------|----------|----------|----------|----------|

**Jeremy Hamilton**
**8828 Quail Country Way**
**Apt. 27 103**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $13,382.69 | $13,382.69 |
|------|----------|----------|----------|----------|

**John Howard**
**Agency 51 LLC**
**Attn: Managing Member or**
**Bankruptcy Dept**
**4783 Capital Dr.**
**Lake Worth, FL 33463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $127,390.66 | $15,150.00 |
|------|----------|----------|----------|----------|

**Jorge Hernandez**
**4112 Glenfield Cir.**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022-2024**

Basis for the claim:
**Employee Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Varaluz, LLC**                                    Case number (if known) _____
     Name

| | | |
|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Jorge Hernandez Carillo** | Check all that apply. |
| | **4112 Glenfield Circle** | ☐ Contingent |
| | **Las Vegas, NV 89129** | ☐ Unliquidated |
| | | ☐ Disputed |

$2,108.48    $2,108.48

Date or dates debt was incurred      Basis for the claim:
    **Employee Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Justin Seria** | Check all that apply. |
| | **175 Coyote Hills Street** | ☐ Contingent |
| | **Henderson, NV 89012** | ☐ Unliquidated |
| | | ☐ Disputed |

$1,701.40    $1,701.40

Date or dates debt was incurred      Basis for the claim:
    **Employee Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Kellee Hammond** | Check all that apply. |
| | **1109 Clubview Court** | ☐ Contingent |
| | **Monroe, GA 30655** | ☐ Unliquidated |
| | | ☐ Disputed |

$5,703.29    $5,703.29

Date or dates debt was incurred      Basis for the claim:
    **Employee Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Kornblatt and Associates, LLC** | Check all that apply. |
| | **Attn: Managing Member or** | ☐ Contingent |
| | **Bankruptcy Dept** | ☐ Unliquidated |
| | **114 Bergerville Rd.** | ☐ Disputed |
| | **Freehold, NJ 07728** | |

$12,694.68    $12,694.68

Date or dates debt was incurred      Basis for the claim:
**2024**      **Sales Representative**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor  **Varaluz, LLC**
_____
Name                                            Case number (if known) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,108.48 | $2,108.48 |
|------|--------|--------|--------|--------|

**2.19** Priority creditor's name and mailing address
**Langlais Group, Inc.**
**Attn: Managing Member or**
**Bankruptcy Dept**
**11 Sea Pave Rd.**
**South Windsor, CT 06074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,108.48**    **$2,108.48**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
**Lejend Marketing**
**BLJ Solutions**
**Attn: Managing Member or**
**Bankruptcy Dept**
**27070 88 Ave.**
**Langley BC V1M 3L8  Canada**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,667.48**    **$6,667.48**

Date or dates debt was incurred
**2023- 2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
**Light Inc.**
**Jeff Skippon**
**J2MK dba Light LLC**
**2421 W. 205th Street, Ste. D-107**
**Torrance, CA 90503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,815.93**    **$15,150.00**

Date or dates debt was incurred
**2023 - 2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
**Lillian Apodaca**
**6767 W Windmill Lane #2090**
**Las Vegas, NV 89139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,182.61**    **$1,182.61**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Varaluz, LLC**                                                    Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,467.05 | $1,467.05 |
|------|---|---|---|---|

**2.23**

Priority creditor's name and mailing address
**Lisa Dearmon**
**1801 Little Bow Ave.**
**North Las Vegas, NV 89084**

As of the petition filing date, the claim is:                    $1,467.05    $1,467.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Luz Carrillo**
**4112 Glenfield Circle**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:                    $1,381.79    $1,381.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Maria Davalos Torres**
**4112 Glenfield Circle**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:                    $506.23    $506.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Marilyn Vazquez Femenias**
**11041 Leadwell Street**
**Los Angeles, CA 91352**

As of the petition filing date, the claim is:                    $2,221.94    $2,221.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Varaluz, LLC**                                                    Case number (if known) _____
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,705.67 | $4,705.67 |
|---|---|---|---|---|

**Martin Design Group**
**Attn: Managing Member or**
**Bankruptcy Dept**
**3876 Thunderbolt Lane**
**Pacific, MO 63069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,271.41 | $15,150.00 |
|---|---|---|---|---|

**Mitchell Winston**
**2020 Old Prescott Ct.**
**Richmond, VA 23238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,052.42 | $14,052.42 |
|---|---|---|---|---|

**Pacific Lifeforce Sales LLC**
**Attn: Managing Member or**
**Bankruptcy Dept**
**20381 Lake Forest Dr., Ste. B-18**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023 - 2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,010.95 | $15,150.00 |
|---|---|---|---|---|

**Richard Alan & Associates**
**Attn: Managing Member or**
**Bankruptcy Dept**
**232 Gruene Trail**
**Allen, TX 75002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Varaluz, LLC**                                                    Case number (if known)  _____
          _____
          Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,209.32 | $3,209.32 |
|---|---|---|---|---|

2.31 | Priority creditor's name and mailing address
**Ryan Davidson Sales**
**Attn: Managing Member or**
**Bankruptcy Dept**
**3030 Virginia St.**
**Miami, FL 33133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,209.32    $3,209.32

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.32 | Priority creditor's name and mailing address
**Starry Lights LLC**
**Attn: Jerry R. Starry**
**200 Fennel St.**
**New Alexandria, PA 15670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,081.79    $15,150.00

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.33 | Priority creditor's name and mailing address
**Tennessee Lighting Sales**
**Attn: Brian Thomas, LW Carter**
**2730 Larmon Ave.**
**Nashville, TN 37204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,619.40    $11,619.40

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.34 | Priority creditor's name and mailing address
**The Midwest LightingGroup**
**Attn: Managing Member or**
**Bankruptcy Dept**
**6070 Oak Drive**
**Demotte, IN 46310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$787.09    $787.09

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Varaluz, LLC**
_____    Case number (if known) _____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,252.94 | $2,252.94 |
|------|---|---|---|---|

Priority creditor's name and mailing address
**The Oliver Group Canada Ltd.**
**Attn: Managing Member or**
**Bankruptcy Dept**
**239 Denney Drive**
**Angus ON L0M 1B1**
**Canada**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,252.94**    **$2,252.94**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 |

Priority creditor's name and mailing address
**Vince Hall & Associates**
**Attn: Vince Hall**
**2012 Fern Mountain Lane**
**Marietta, GA 30064**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,758.27**    **$8,758.27**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 |

Priority creditor's name and mailing address
**Vincent Ingato Sales**
**Attn: Managing Member or**
**Bankruptcy Dept**
**2514 Peachtree Drive**
**Perkasie, PA 18944**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,462.07**    **$6,462.07**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 |

Priority creditor's name and mailing address
**York Sales LLC**
**Attn: Kelly York**
**701 Bardfield Ave.**
**Garland, TX 75041**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,027.40**    **$15,150.00**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Sales Representative**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **Varaluz, LLC**                                                 Case number (if known) _____
　　　　　Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.00 |

**3.1**
Nonpriority creditor's name and mailing address
**Accessories Resource Team, Inc.**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 31813**
**Charlotte, NC 28231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$7,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade organization__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
**AFCO**
**Attn: Managing Member or Bankruptcy Dept**
**150 N. Field Dr., Ste. 190**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$15,196.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability insurance__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3**
Nonpriority creditor's name and mailing address
**Alliance Capital US LLC**
**Attn: Managing Member or Bankruptcy Dept**
**1377 Motor Pkwy., Ste. LL-5**
**Hauppauge, NY 11749**

Date(s) debt was incurred  __12/4/2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$0.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Merchant Agreement__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4**
Nonpriority creditor's name and mailing address
**American Express Black Corporate**
**Attn Managing Member or Bankruptcy Dept**
**200 Vesey St.**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number  __5550__

As of the petition filing date, the claim is: Check all that apply.                **$7,369.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**
Nonpriority creditor's name and mailing address
**American Express National Bank**
**Attn: Managing Member or Bankruptcy Dept**
**c/o CT Corporation System**
**28 Liberty Street**
**New York, NY 10005**

Date(s) debt was incurred  __xx6417__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$115,519.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business line of credit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**
Nonpriority creditor's name and mailing address
**American Express Skymiles Reserve Purp**
**Attn Managing Member or Bankruptcy Dept**
**200 Vesey Streeet**
**New York, NY 10281**

Date(s) debt was incurred _

Last 4 digits of account number  __5560__

As of the petition filing date, the claim is: Check all that apply.                **$29,551.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**
Nonpriority creditor's name and mailing address
**American Lighting Association**
**Attn: Managing Member or Bankruptcy Dept**
**2050 N Stemmons Freeway, Unit 100**
**Dallas, TX 75207**

Date(s) debt was incurred  __2/1/2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                **$3,960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Association__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Varaluz, LLC**                                                                  Case number *(if known)* _____
       Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,013.16 |
|---|---|---|---|

**Andmore**
**Attn: Managing Member or Bankruptcy Dept**
**c/o International Market Centers LP**
**475 S. Grand Central Parkway #1615**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,080.03 |
|---|---|---|---|

**AUSPI Group LLC**
**Attn: Managing Member or Bankruptcy Dept**
**417 South Associate Rd., #102**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Freight Consulting Firm**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,169.72 |
|---|---|---|---|

**Bradley Personnel, Inc.**
**Attn: Managing Member or Bankruptcy Dept**
**41 S Talbert St.**
**Lexington, NC 27295**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,583.46 |
|---|---|---|---|

**CCA Global Partners**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 538030**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Buying Group**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,700.81 |
|---|---|---|---|

**Cloudfund LLC**
**Attn: Managing Member or Bankruptcy Dept**
**400 Rella Blvd., Ste. 165-101**
**Suffern, NY 10901**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/2023**

**Basis for the claim:  Merchant Agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,405.00 |
|---|---|---|---|

**CSA Group International**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 74008295**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2023**

**Basis for the claim:  Underwriter**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,691.40 |
|---|---|---|---|

**Dallas Market Center**
**WTC-Trade Mart 2015,LP**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 845467**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2024**

**Basis for the claim:  Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Varaluz, LLC**                                           Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Daniel Rodriguez**<br>**1 Yew Street**<br>**Las Vegas, NV 89110**<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Employee Wages__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,601.58** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**DesignMYX**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**11684 Ventura Blvd., #861**<br>**Studio City, CA 91604**<br><br>Date(s) debt was incurred __8/1/2023, 9/16/2023__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Dustin Walker**<br>**2804 Edge Rock Circle**<br>**Las Vegas, NV 89117**<br><br>Date(s) debt was incurred __2023__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,100.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Elight**<br>**BrandJump LLC**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**21550 Oxnard St., 3rd Flr.**<br>**Woodland Hills, CA 91367**<br><br>Date(s) debt was incurred __2023__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Sales Representative__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$52,146.89** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Eurie Creative**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**633 S 4th Street, Ste. 9**<br>**Las Vegas, NV 89101**<br><br>Date(s) debt was incurred __2023__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Service__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,750.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**FedEx Ground and Parcel**<br>**Attn: Managing Member or Banruptcy Dept**<br>**PO Box 7221**<br>**Pasadena, CA 91109**<br><br>Date(s) debt was incurred __2024__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Service - Shipping__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,545.80** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**FedExTrade Networks CANADA**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**Box 916200, PO Box 4090, Station A**<br>**Toronto ON M5W 0E9**<br>**Canada**<br><br>Date(s) debt was incurred __5/22/2024__<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Service - Shipping__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$65.33** |

Debtor    **Varaluz, LLC**
     Name
          Case number *(if known)*

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.02** |
|---|---|---|---|

**IVG Lighting**
**Attn: Managing Member or Bankruptcy Dept**
**1636 Savage Drive**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Sales Representative**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,325.49** |
|---|---|---|---|

**J Wilson Sales, Inc.**
**Attn: Jimmy Wilson**
**295 Matterhorn Dr.**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023 - 2024**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$182,972.50** |
|---|---|---|---|

**Kalamata Capital Group, LLC**
**Attn: Managing Member or Bankruptcy Dept**
**1 Blue Hill Plaza**
**Lobby Level #1509**
**Pearl River, NY 10965**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Merchant Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**Kellee Hollenback-Hammond**
**1109 Clubview Court**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2023 - 3/31/2024**

**Basis for the claim:**  **Partner Loan**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$820.33** |
|---|---|---|---|

**Lighting Group Utah Inc.**
**Attn: Managing Member or Bankruptcy Dept**
**12272 S 800 E**
**Suite C**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Sales Representative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,882.44** |
|---|---|---|---|

**LightIng Vision**
**Attn: Managing Member or Bankruptcy Dept**
**6461 S Sedalia**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023 - 2024**

**Basis for the claim:**  **Sales Representative**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Meredith Corp**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 730148**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2024**

**Basis for the claim:**  **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Varaluz, LLC**                                                         Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.29** | |

**Nonpriority creditor's name and mailing address**
**Merged Funding Group Corp.**
**Attn: Managing Member or Bankruptcy Dept**
**1 Princeton Ave.**
**Brick, NJ 08724**

Date(s) debt was incurred **11/15/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Merchant Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$66,255.80**

---

| | |
|---|---|
| **3.30** | |

**Nonpriority creditor's name and mailing address**
**MTS Logistics Inc.**
**Attn: Managing Member or Bankruptcy Dept**
**5 West 37th Street, Ste. 300**
**New York, NY 10018**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight Company**

Is the claim subject to offset? ■ No ☐ Yes

**$10,901.42**

---

| | |
|---|---|
| **3.31** | |

**Nonpriority creditor's name and mailing address**
**NACM Commercial Services**
**Attn: Managing Member or Bankruptcy Dept**
**606 N Pines, Ste. 102**
**Spokane, WA 99206**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.32** | |

**Nonpriority creditor's name and mailing address**
**Netsuite - Oracle America, Inc.**
**Attn: Managing Member or Bankruptcy Dept**
**Bank of America Lockbox Services**
**15612 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT Software**

Is the claim subject to offset? ■ No ☐ Yes

**$20,068.19**

---

| | |
|---|---|
| **3.33** | |

**Nonpriority creditor's name and mailing address**
**Plotline Online**
**Attn: Maureen Olson**
**11117 Stanley Ave. S.**
**Bloomington, MN 55437**

Date(s) debt was incurred **3/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,333.33**

---

| | |
|---|---|
| **3.34** | |

**Nonpriority creditor's name and mailing address**
**ProductCare**
**Attn: Managing Member or Bankruptcy Dept**
**420-2238**
**Youkon Street**
**Vancouver BC V5Y 3P2**

Date(s) debt was incurred **3/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$18.52**

---

| | |
|---|---|
| **3.35** | |

**Nonpriority creditor's name and mailing address**
**Rommel Bundalian Designs**
**Attn: Managing Member or Bankruptcy Dept**
**Bldg. #14, Berthaphil 1 Compound**
**Jose Abad Santos Ave.**
**Clark Freeport Zone, Clark Pampanga 2009**

Date(s) debt was incurred **2023 -2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,702.56**

---

Debtor    **Varaluz, LLC**                                                                Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>Ronald Henderson<br>4112 Glenfield Cir.<br>Las Vegas, NV 89129 | **As of the petition filing date, the claim is:** Check all that apply.    **$140,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**3.36**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$140,000.00**
Ronald Henderson  ☐ Contingent
4112 Glenfield Cir.  ☐ Unliquidated
Las Vegas, NV 89129  ☐ Disputed

**Date(s) debt was incurred** 3/2024
**Basis for the claim:** Reimbursement for personal loan (Pinacle Bank)
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$75,480.76**
Ronald Henderson  ☐ Contingent
4112 Glenfield Cir.  ☐ Unliquidated
Las Vegas, NV 89129  ☐ Disputed

**Date(s) debt was incurred** 2/2024
**Basis for the claim:** Reimbursement for loan (SoFi Bank, N.A.)
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$24,192.77**
Ronald Henderson  ☐ Contingent
4112 Glenfield Cir.  ☐ Unliquidated
Las Vegas, NV 89129  ☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Reimbursement for business expense (Mastercard Apple)
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$129,391.69**
Ronald Henderson  ☐ Contingent
4112 Glenfiled Cir.  ☐ Unliquidated
Las Vegas, NV 89129  ☐ Disputed

**Date(s) debt was incurred** 3/23/2022 -12/31/2023
**Basis for the claim:** Partner Loan
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$78,428.33**
Rossy Wu Bundalian
Bldg. #14, Berthaphil 1 Compound  ☐ Contingent
Jose Abad Santos Ave.  ☐ Unliquidated
Clark Freeport Zone, Clark Pampanga 2009  ☐ Disputed
Philippines
**Basis for the claim:** Partner Loan - LLC Partner Loan LFRWB
**Date(s) debt was incurred** _

**Last 4 digits of account number** _  Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$105,000.00**
Schnitzer Properties
Attn: Managing Member or Bankruptcy Dept  ☐ Contingent
3111 South Valley View Blvd., Ste. K101  ☐ Unliquidated
Las Vegas, NV 89102  ☐ Disputed

**Date(s) debt was incurred** 1/2023
**Basis for the claim:** Landlord
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**  **Nonpriority creditor's name and mailing address**  **As of the petition filing date, the claim is:** Check all that apply.   **$11,562.50**
Smithsonian Consumer Licensing
Attn: Managing Member or Bankruptcy Dept  ☐ Contingent
PO Box 418813  ☐ Unliquidated
Boston, MA 02241  ☐ Disputed

**Date(s) debt was incurred** 3/31/2024
**Basis for the claim:** License Fee Q2
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Varaluz, LLC**                                    Case number *(if known)* _____
         _____
         Name

| | |
|---|---|

**3.43**  Nonpriority creditor's name and mailing address

**Spacial EFX**
**Attn: Managing Member or Bankruptcy Dept**
**2820 Shearwater Lane**
**Frederick, MD 21701**

Date(s) debt was incurred  **2023 - 2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

$1,799.33

---

**3.44**  Nonpriority creditor's name and mailing address

**Spectra Marketing Group**
**Attn: Managing Member or Bankruptcy Dept**
**200 Davis Dr.. Unit 9**
**Newmarket, ON ON L3Y 2N4**
**Canada**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Buyers Association**

Is the claim subject to offset? ☐ No ☐ Yes

$6,544.70

---

**3.45**  Nonpriority creditor's name and mailing address

**Square Funding Cali LLC**
**Attn: Managing Member or Bankruptcy Dept**
**90 E Halsey Rd.**
**Parsippany, NJ 07054**

Date(s) debt was incurred  **11/8/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Agreement**

Is the claim subject to offset? ■ No ☐ Yes

$190,006.47

---

**3.46**  Nonpriority creditor's name and mailing address

**Super Cat Solutions**
**Attn: Managing Member or Bankruptcy Dept**
**PO Box 8098**
**Wilson, NC 27896**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.47**  Nonpriority creditor's name and mailing address

**The Carlson Group**
**Attn: Managing Member or Bankruptcy Dept**
**123 Conductor Way**
**Folsom, CA 95630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Sales Representative**

Is the claim subject to offset? ☐ No ☐ Yes

$958.88

---

**3.48**  Nonpriority creditor's name and mailing address

**TOPS Lighting**
**Huaihua Qianyang International Trade Co.**
**No. 6, Zhongtai West Road, Hetang Town**
**Pengjiang District Jiangmen**
**China**

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor; Service provider**

Is the claim subject to offset? ■ No ☐ Yes

$160.10

---

**3.49**  Nonpriority creditor's name and mailing address

**VPI/ La Forge Lighting and Furniture Inc**
**Building 14, Berthaphil #1 Compound**
**Jose Abad Santos Ave Clakr Freeport Zone**
**Pampanga PH 2009**
**Philippines**

Date(s) debt was incurred  **2023 - 2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Manufacturer**

Is the claim subject to offset? ■ No ☐ Yes

$545,027.71

---

Debtor   **Varaluz, LLC**                                    Case number *(if known)* _____
         Name

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $261,838.00 |

**White Road Capital LLC dba GFE Holdings**
Attn: Managing Member or Bankruptcy Dept
27-01 Queens Plaza North, Ste. 802
Long Island City, NY 11101

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  6/2/2023

Last 4 digits of account number _

Basis for the claim:  Merchant Agreement

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alliance Caipital US LLC**<br>Attn: Managing Member or Bankruptcy Dept<br>1225 Franklin Ave., Ste. 325<br>Garden City, NY 11530 | Line **3.3**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **American Express Business Line of Credit**<br>Attn: Managing Member or Bankruptcy Dept<br>PO Box570622<br>Atlanta, GA 30357 | Line **3.5**<br><br>☐ Not listed. Explain _____ | **6417** |
| 4.3 | **Cloudfund LLC**<br>Attn: Vadim Serebro, Esq.<br>Max Rcovery Group LLC<br>55 Broadway, 3rd Floor<br>New York, NY 10006 | Line **3.12**<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Kalamata Capital Group, LLC**<br>Attn: Ariel Bouskila, Esq.<br>Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Ste. 101<br>Pomona, NY 10970 | Line **3.24**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Merged Funding  Group Corp.**<br>Attn: Isaac H. Greenfield, Esq.<br>Law Offices of Isaac H. Greenfield, PLLC<br>2 Executive Blvd., Ste 305<br>Suffern, NY 10901 | Line **3.29**<br><br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Square Funding Cali LLC**<br>Attn: David Fogel, Esq.<br>1225 Franklin Ave., Ste. 201<br>Garden City, NY 11530 | Line **3.45**<br><br>☐ Not listed. Explain _____ | _ |
| 4.7 | **Wells Fargo**<br>Writs and Levies Dept. D1111-01A<br>Attn: Operation Mgr -Legal Order Process<br>PO Box 1416<br>Charlotte, NC 28201 | Line **3.50**<br><br>☐ Not listed. Explain _____ | **6324** |
| 4.8 | **White Road Capital LLC dba GFE Holdings**<br>Attn: Steven Zakharyayev, Esq.<br>10 W 37th Street, RM 602<br>New York, NY 10018 | Line **3.50**<br><br>☐ Not listed. Explain _____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Varaluz, LLC**
_____
Name

Case number (if known) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 442,613.28 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,376,107.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,818,720.33 |

**Fill in this information to identify the case:**

Debtor name    **Varaluz, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **World Market Ceter Las Vegas Building B - Lease Agreement - Showroom B-280** <br><br> State the term remaining    **10/31/2029** <br><br> List the contract number of any government contract | **International Market Centers Attn: Legal and Lease Admin 240 Peachtree StreetNW, Ste. 2200 Atlanta, GA 30303** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Highpooint Showroom MS204** <br><br> State the term remaining <br><br> List the contract number of any government contract | **International Market Centers 204 305 W. High Avenue High Point, NC 27260** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Lease** <br><br> State the term remaining    **4 years** <br><br> List the contract number of any government contract | **Schnitzer Properties Attn: Managing Member or Bankruptcy Dept 3111 South Valley View Blvd., Ste. K101 Las Vegas, NV 89102** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Lease** <br><br> State the term remaining    **9/2028** <br><br> List the contract number of any government contract | **WTC-Trade Mart 2015, L.P. Market Center Management Company, Ltd. Attn Managing Member or Bankruptcy Dept 2100 Stemmons Freeway Dallas, TX 75207** |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Varaluz, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Ronald Henderson | 4112 Glenfield Circle Las Vegas, NV 89129 | SBA U.S. Small Business Administration | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Ronald Henderson | 4112 Glenfield Circle Las Vegas, NV 89129 | Cloudfund LLC | ☐ D _____ ☑ E/F __3.12__ ☐ G _____ |
| 2.3 | Ronald Henderson | 4112 Glenfield Circle Las Vegas, NV 89129 | Square Funding Cali LLC | ☐ D _____ ☑ E/F __3.45__ ☐ G _____ |
| 2.4 | Ronald Henderson | 4112 Glenfield Circle Las Vegas, NV 89129 | White Road Capital LLC dba GFE Holdings | ☐ D _____ ☑ E/F __3.50__ ☐ G _____ |
| 2.5 | Ronald Henderson | 4112 Glenfield Circle Las Vegas, NV 89129 | Merged Funding Group Corp. | ☐ D _____ ☑ E/F __3.29__ ☐ G _____ |

Debtor   **Varaluz, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

2.6   **Ronald          4112 Glenfield Circle          Kalamata Capital       ☐ D _____
       Henderson       Las Vegas, NV 89129            Group, LLC             ■ E/F ___3.24___
                                                                              ☐ G _____**

**Fill in this information to identify the case:**

Debtor name  **Varaluz, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

<u>Official Form 207</u>

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,225,122.78** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,865,344.30** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,007,174.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Varaluz, LLC**                                                  Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **ADP, Inc.**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**PO Box 31001**<br>**Pasadena, CA 91110** | **Payroll processed every few days between March 1, 2024 - May 31, 2024** | **$252,346.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll** |
| 3.2. **Alliane Capital US LLC**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**377 Motor Pkwy, Ste. LL-5 Hauppauge**<br>**Happauge, NY 11749** | 3/1/24, 3/4/24, 3/5/24, 3/6/24, 3/7/24, 3/8/24, 3/11/24, 3/12/24, 3/13/24, 3/14/24, 3/15/24, 3/18/24, 3/19,24, 3/20/24, 3/21/24, 3/22/24, 3/25,24, 3/26/24, 3/27/24, 3/28/24, 3/29/24, 4/1/24, 4/2/24, 4/3/24, 4/4/24, 4/5/24, 4/8/24, 4/9/24, 4/10/24, 4/11/24, 4/12/24, 4/15/24, 4/16/24, 4/17/24, 4/18/24, 4/19/24, 4/22/24, 4/23/24, 4/24/24, 4/25/24, 4/26/24, 4/29/24, 5/2/24, 5/29/24 | **$32,150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA payments** |
| 3.3. **Federal Express**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**PO Box 7221**<br>**Pasadena, CA 91109** | **Daily shipments of product 3/1/24 - 5/31/24** | **$108,163.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Outgoing freight** |

Debtor    **Varaluz, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4. **Heartland Payment Systems** **Attn: Managing Member or Bankruptcy Dept** **5850 Granite Pkwy** **Plano, TX 75024** | **3/1/24, 3/4/24, 4/1/24, 5/1/24,** | **$9,076.37** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Credit card processing fees** |
| 3.5. **IMC License SPE, LLC** **Attn: Managing Member or Bankruptcy Dept** **PO Box 748912** **Los Angeles, CA 90074** | **3/4/24, 4/1/24,** | **$32,728.67** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Market Square Las Vegas showroom  and High Point showroom rent** |
| 3.6. **United Health Services** | **3/4/24, 4/3/24, 5/7/24** | **$28,516.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Health Insurance** |
| 3.7. **Clover - First Data** **Attn: Managing Member or Bankruptcy Dept** **PO Box 2394** **Omaha, NE 68103** | **3/4/24, 4/3/24, 5/3/24** | **$11,745.10** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Credit card processing fees** |
| 3.8. **American Express** **Attn: Managing Member or Bankruptcy Dept** **PO Box 981535** **El Paso, TX 79998** | **3/8/24, 3/13/24, 3/18/24, 3/21/24, 3/27/24, 4/1/24, 4/8/24, 4/11/24, 4/18/24, 4/22/24, 4/30/24, 5/3/24, 5/6/24, 5/7/24, 5/8/24, 5/9/24, 5/14,24, 5/17/24, 5/20/24, 5/24/24, 5/31/24** | **$57,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Business credit card payment** |

Debtor    **Varaluz, LLC**                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9.  **Schnitzer Properties**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**3111 South Valley View Blvd., Ste. K101**<br>**Las Vegas, NV 89102** | **3/12/24,**<br>**3/15/24,**<br>**3/19/24,**<br>**4/22/24,** | **$61,520.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Las Vegas warehouse rent** |
| 3.10.  **Plotline Online**<br>**Attn: Maureen Olson**<br>**11117 Stanley Ave.S**<br>**Bloomington, MN 55437** | **3/19/24,**<br>**4/29/24,** | **$8,333.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Website and ecommerc support firm** |
| 3.11.  **American Express Small Business Loan**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**PO Box 98135**<br>**El Paso, TX 79998** | **3/20/24,**<br>**4/18/24,**<br>**5/20/24** | **$39,562.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Small business loan** |
| 3.12.  **Serendipity & Co.**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**20 Broad St., Apt.513**<br>**New York, NY 10005** | **3/27/24,**<br>**4/30/24,**<br>**5/14/24** | **$16,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.13.  **MTS Logistics Inc.**<br>**Attn Managing Member or Bankruptcy Dept**<br>**5 West 37th Street, Ste. 300**<br>**New York, NY 10018** | **3/27/24,**<br>**5/16/24,**<br>**5/28/24** | **$45,171.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Container import freight and duties.** |
| 3.14.  **La Forge**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**Bldg. #14 Berthaphil 1 Compound**<br>**Jose Abad**<br>**Santos Avenue** | **3/29/24,**<br>**5/6/24,**<br>**5/16/24** | **$28,525.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Service fees and Rossy Bundalian  loan payment** |
| 3.15.  **Huaihua - TOPS Lighting**<br>**No. 6 Zhongtai West Road**<br>**Hetang Town Pengjang District**<br>**Jiangman China** | **3/29/24** | **$26,287.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Inventory Purchase** |

Debtor    **Varaluz, LLC**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Dallas Market Center**<br>**WTC-Trade Mart 2015, LP**<br>**Attn: Managing Member or Bankruptcy**<br>**Dept**<br>**PO Box 845467**<br>**Dallas, TX 75284** | **3/29/24,<br>5/14/24** | **$23,586.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Showroom Rent** |
| 3.17. **Garman Turner Gordon LLP**<br>**7251 Amigo Street**<br>**Ste. 210**<br>**Las Vegas, NV 89119** | **5/13/24,<br>6/14/24** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.18. **CCA Global Partners, Inc.**<br>**Attn: Managing Member or Bankruptcy**<br>**Dept**<br>**PO Box 538030**<br>**Atlanta, GA 30353** | **5/13/24,<br>5/31/24** | **$10,893.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lighting One rebates** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ronald Henderson**<br>**4112 Glenfield Cir.**<br>**Las Vegas, NV 89129**<br>**President** | **6/18/23 -<br>6/18/24** | **$51,917.79** | **Reimbursement of company expenses** |
| 4.2. **Rossy Wu Bundalian**<br>**Bldg. #14, Berthaphil 1 Compund**<br>**Jose Abad Santos Ave.**<br>**Clark Freeport Zone. Clark Pampanga**<br>**2009**<br>**Philippines**<br>**Partner** | **6/13/23<br>7/10/23,<br>8/17/23,<br>9/22/23,<br>10/10/23,<br>11/10,23,<br>12/22/23,<br>1/15/24,<br>2/15/24,<br>3/14/24,<br>5/16/24** | **$79,200.00** | **Loan payments** |
| 4.3. **Ronald Henderson**<br>**4112 Glenfield Cir.**<br>**Las Vegas, NV 89129** | **6/18/23 -<br>6/18/24** | **$175,982.59** | **Payroll (including taxes)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Varaluz, LLC**                                      Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Merged Funding Group Corp. v. Varaluz LLC and Ronald Franklin Henderson 500126/2024** | **Breach of Contract** | **Supreme Court of the State of NY County of Kings 360 Adams Street, Room 123 Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Square Funding Cali LLC v. Varaluz LLC and Ronald Franklin Henderson 537502/2023** | **Breach of Contract** | **Supreme Court of the State of NY County of Kings 360 Adams Street, Room 123 Brooklyn, NY 11202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Kalamata Capital Group, LLC v. Varaluz LLC dba Varaluz Casa; Laforge Design Group; Varaluz, LLC; VaraluzLLC; Varaluz Lighting; Varaluz and Ronald Franklin Henderson 036634/2023** | **Breach of Contract** | **Supreme Court of the State of NY County of Rockland 1 South Main Street New City, NY 10956** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **White Road Capital LLC d/b/a GFE Holdings v. Varaluz LLC and Ronald Franklin Henderson E2024006105** | **Breach of Contract** | **Supreme Court of the State of NY County of Monroe 99 Exchange Blvd. Hall of Justice, 5th Flr., Room 545 Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cloudfund, LLC v. Varaluz LLC d/b/a Varaluz and Ronald F. Henderson 703963/2024** | **Breach of Contract** | **Supreme Court of the State of NY Count of Queens Jamaica Court House 88-11 Sutphin Blvd. Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor  **Varaluz, LLC**                                          Case number *(if known)*

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garman Turner Gordon LLP**<br>**7251 Amigo Street**<br>**Ste. 210**<br>**Las Vegas, NV 89119** | | **6/14/24** | **$40,000.00** |
| | **Email or website address**<br>**gtg.legal** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Garman Turner Gordon LLP**<br>**7251 Amigo Street**<br>**Ste. 210**<br>**Las Vegas, NV 89119** | | **5/13/24** | **$10,000.00** |
| | **Email or website address**<br>**gtg.legal** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Varaluz, LLC** _____    Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

_____
Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Varaluz, LLC**                                                          Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Varaluz, LLC | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Ron Henderson**<br>**4112 Glenfield Circle**<br>**Las Vegas, NV 89129** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Ron Henderson**<br>**4112 Glenfield Circle**<br>**Las Vegas, NV 89129** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

Debtor  **Varaluz, LLC**                                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ronald Henderson** | **12/1/23** | **$1,561,401.64** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Ronald Henderson**<br>**4445 Harmon Cove Court, Suites 4-6**<br>**Las Vegas, NV 89103** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Henderson** | **4112 Glenfield Circle**<br>**Las Vegas, NV 89129** | **Manager and Majority Member** | **79.5395%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Huan Wu** | **La Forge Designs, Inc.**<br>**Building #14, Berthaphil 1 Compound**<br>**Jose Abad Santos Ave. Clark**<br>**Freeport Zon**<br>**Clark, Pampanga, Philippines, 2023** | **Member** | **10.23025%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rommel Bundalian** | **La Forge Desings, Inc.**<br>**Building #14 Berthaphil 1 Compound**<br>**Jose Abad Santos Ave. Clark**<br>**Freeport Zon**<br>**Clark, Pampanga Philippines, 2023** | **Member** | **10.23025%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA #4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Varaluz, LLC**                                    Case number *(if known)*

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 25, 2024__

/s/ Ronald F. Henderson                          Ronald F. Henderson
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
- ☑ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  **Varaluz, LLC** _____  Case No. _____

_____ Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 25, 2024** _____
*Date*

_____
**Talitha Gray Kozlowski 9040**
*Signature of Attorney*
**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
*Name of law firm*

## United States Bankruptcy Court
### District of Nevada

In re  **Varaluz, LLC**

Case No.

Debtor(s)

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Huan Wu- La Forge Designs, Inc.**<br>**Bldg. #14, Bertaphil 1 Compound**<br>**Jose Abad Santos Ave.**<br>**Clark Freeport Zone, Clark Pampanga 2009**<br>**Philippines** | | | **10.23025% Member** |
| **Rommel Bundalian- La Forge Designs, Inc.**<br>**Bldg. #14, Berthaphil Compound**<br>**Jose Abad Santos Ave.**<br>**Clark Feeport Zone, Clark Pampanga 2009**<br>**Philippines** | | | **10.23025% Member** |
| **Ronald Henderson**<br>**Ronald Henderson**<br>**7751 Spanish Bay Dr.**<br>**Las Vegas, NV 89113** | | | **79.5395% Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 25, 2024**

Signature  **/s/ Ronald F. Henderson**

**Ronald F. Henderson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    **Varaluz, LLC** _____    Case No. _____

                         Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 25, 2024** _____        **/s/ Ronald F. Henderson** _____

                                              **Ronald F. Henderson**/**Managing Member**
                                              Signer/Title

Varaluz, LLC
4445 Harmon Cove Court, Suites 4-6
Las Vegas, NV 89103

Talitha Gray Kozlowski
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

A502 Elite
Elite Sales Group/Luxeco
Attn: Managing Member or Bankruptcy Dept
3301 Hickory Ridge
Edmond, OK 73013

Accessories Resource Team, Inc.
Attn: Managing Member or Bankruptcy Dept
PO Box 31813
Charlotte, NC 28231

AFCO
Atn: Managing Member or Bankruptcy Dept
150 N. Field Dr., Ste. 190
Lake Forest, IL 60045

Alliance Caipital US LLC
Attn: Managing Member or Bankruptcy Dept
1225 Franklin Ave., Ste. 325
Garden City, NY 11530

Alliance Capital US LLC
Attn: Managing Member or Bankruptcy Dept
1377 Motor Pkwy., Ste. LL-5
Hauppauge, NY 11749

Amber Tubbs
831 Garden Breeze Way
Las Vegas, NV 89123

American Express Black Corporate
Acct No xxx5550
Attn Managing Member or Bankruptcy Dept
200 Vesey St.
New York, NY 10285

American Express Business Line of Credit
Acct No xx6417
Attn: Managing Member or Bankruptcy Dept
PO Box570622
Atlanta, GA 30357

American Express National Bank
Attn: Managing Member or Bankruptcy Dept
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

American Express Skymiles Reserve Purp
Acct No xxx5560
Attn Managing Member or Bankruptcy Dept
200 Vesey Streeet
New York, NY 10281

American Lighting Association
Attn: Managing Member or Bankruptcy Dept
2050 N Stemmons Freeway, Unit 100
Dallas, TX 75207

Andmore
Attn: Managing Member or Bankruptcy Dept
c/o International Market Centers LP
475 S. Grand Central Parkway #1615
Las Vegas, NV 89106

Angela Smith
5549 Belmont Drive, Apt. 203
Winston Salem, NC 27106

AUSPI Group LLC
Attn: Managing Member or Bankruptcy Dept
417 South Associate Rd., #102
Brea, CA 92821

Brad Buntz
100 E Main Street
Robins, IA 52328

Bradley Personnel, Inc.
Attn: Managing Member or Bankruptcy Dept
41 S Talbert St.
Lexington, NC 27295

Carolina Fixture Sales, Inc.
Attn: Managing Member or Bankruptcy Dept
1310 S Tryon St., #107
Columbia, SC 29203

CCA Global Partners
Attn: Managing Member or Bankruptcy Dept
PO Box 538030
Atlanta, GA 30353

Cloudfund LLC
Attn: Managing Member or Bankruptcy Dept
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

Cloudfund LLC
Attn: Vadim Serebro, Esq.
Max Rcovery Group LLC
55 Broadway, 3rd Floor
New York, NY 10006

Cohen Scalia Agency
Attn: Managing Member
7465 Trans Canada West
St. Laurent QC H4T1T3
Canada

CSA Group International
Attn: Managing Member or Bankruptcy Dept
PO Box 74008295
Chicago, IL 60674

CSR Associates
Attn: Managing Member or Bankruptcy Dept
5315 N. Pennsylvania St.
Indianapolis, IN 46220

Dallas Market Center
WTC-Trade Mart 2015,LP
Attn: Managing Member or Bankruptcy Dept
PO Box 845467
Dallas, TX 75284

Daniel Rodriguez
1 Yew Street
Las Vegas, NV 89110

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

DesignMYX
Attn: Managing Member or Bankruptcy Dept
11684 Ventura Blvd., #861
Studio City, CA 91604

Dunn Lighting Sales
Attn: Managing Member or Bankruptcy Dept
765 SE Cedar Falls Way
North Bend, WA 98045

Dustin Walker
2804 Edge Rock Circle
Las Vegas, NV 89117

Elight
BrandJump LLC
Attn: Managing Member or Bankruptcy Dept
21550 Oxnard St., 3rd Flr.
Woodland Hills, CA 91367

Elite Lighting - Rick Taylor &
Julie Jenkins
Attn: Managing Member or Bankruptcy Dept
553 Rita Place
Castle Rock, CO 80108

Estrin Calabrese Sales
Attn: Managing Member or Bankruptcy Dept
17 S Main Street, Ste. 3
Manville, NJ 08835

Eurie Creative
Attn: Managing Member or Bankruptcy Dept
633 S 4th Street, Ste. 9
Las Vegas, NV 89101

FedEx Ground and Parcel
Attn: Managing Member or Banruptcy Dept
PO Box 7221
Pasadena, CA 91109

FedExTrade Networks CANADA
Attn: Managing Member or Bankruptcy Dept
Box 916200, PO Box 4090, Station A
Toronto ON M5W 0E9
Canada

Framburg
Lighting Resource Group
Attn: Managing Member or Bankruptcy Dept
2341 Trillium Lane
Naperville, IL 60565

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

International Market Centers
Attn: Legal and Lease Admin
240 Peachtree StreetNW, Ste. 2200
Atlanta, GA 30303

Iternational Market Centers 204
305 W. High Avenue
High Point, NC 27260

IVG Lighting
Attn: Managing Member or Bankruptcy Dept
1636 Savage Drive
Plano, TX 75023

J Wilson Sales, Inc.
Attn: Jimmy Wilson
295 Matterhorn Dr.
Park City, UT 84098

Jeremy Hamilton
8828 Quail Country Way
Apt. 27 103
Las Vegas, NV 89117

John Howard
Agency 51 LLC
Attn: Managing Member or Bankruptcy Dept
4783 Capital Dr.
Lake Worth, FL 33463

Jorge Hernandez
4112 Glenfield Cir.
Las Vegas, NV 89129

Jorge Hernandez Carillo
4112 Glenfield Circle
Las Vegas, NV 89129

Justin Seria
175 Coyote Hills Street
Henderson, NV 89012

Kalamata Capital Group, LLC
Attn: Managing Member or Bankruptcy Dept
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Kalamata Capital Group, LLC
Attn: Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
1545 U.S. 202, Ste. 101
Pomona, NY 10970

Kellee Hammond
1109 Clubview Court
Monroe, GA 30655

Kellee Hollenback-Hammond
1109 Clubview Court
Monroe, GA 30655

Kornblatt and Associates, LLC
Attn: Managing Member or Bankruptcy Dept
114 Bergerville Rd.
Freehold, NJ 07728

Langlais Group, Inc.
Attn: Managing Member or Bankruptcy Dept
11 Sea Pave Rd.
South Windsor, CT 06074

Lejend Marketing
BLJ Solutions
Attn: Managing Member or Bankruptcy Dept
27070 88 Ave.
Langley BC V1M 3L8   Canada

Light Inc.
Jeff Skippon
J2MK dba Light LLC
2421 W. 205th Street, Ste. D-107
Torrance, CA 90503

Lighting Group Utah Inc.
Attn: Managing Member or Bankruptcy Dept
12272 S 800 E
Suite C
Draper, UT 84020

LightIng Vision
Attn: Managing Member or Bankruptcy Dept
6461 S Sedalia
Aurora, CO 80016

Lillian Apodaca
6767 W Windmill Lane #2090
Las Vegas, NV 89139

Lisa Dearmon
1801 Little Bow Ave.
North Las Vegas, NV 89084

Luz Carrillo
4112 Glenfield Circle
Las Vegas, NV 89129

Maria Davalos Torres
4112 Glenfield Circle
Las Vegas, NV 89129

Marilyn Vazquez Femenias
11041 Leadwell Street
Los Angeles, CA 91352

Martin Design Group
Attn: Managing Member or Bankruptcy Dept
3876 Thunderbolt Lane
Pacific, MO 63069

Meredith Corp
Attn: Managing Member or Bankruptcy Dept
PO Box 730148
Dallas, TX 75373

Merged Funding  Group Corp.
Attn: Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste 305
Suffern, NY 10901

Merged Funding Group Corp.
Attn: Managing Member or Bankruptcy Dept
1 Princeton Ave.
Brick, NJ 08724

Mitchell Winston
2020 Old Prescott Ct.
Richmond, VA 23238

MTS Logistics Inc.
Attn: Managing Member or Bankruptcy Dept
5 West 37th Street, Ste. 300
New York, NY 10018

NACM Commercial Services
Attn: Managing Member or Bankruptcy Dept
606 N Pines, Ste. 102
Spokane, WA 99206

Netsuite - Oracle America, Inc.
Attn: Managing Member or Bankruptcy Dept
Bank of America Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Pacific Lifeforce Sales LLC
Attn: Managing Member or Bankruptcy Dept
20381 Lake Forest Dr., Ste. B-18
Lake Forest, CA 92630

Plotline Online
Attn: Maureen Olson
11117 Stanley Ave. S.
Bloomington, MN 55437

ProductCare
Attn: Managing Member or Bankruptcy Dept
420-2238
Youkon Street
Vancouver BC V5Y 3P2

Richard Alan & Associates
Attn: Managing Member or Bankruptcy Dept
232 Gruene Trail
Allen, TX 75002

Rommel Bundalian Designs
Attn: Managing Member or Bankruptcy Dept
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009

Ronald Henderson
4112 Glenfield Circle
Las Vegas, NV 89129

Rossy Wu Bundalian
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009
Philippines

Ryan Davidson Sales
Attn: Managing Member or Bankruptcy Dept
3030 Virginia St.
Miami, FL 33133

SBA U.S. Small Business Administration
Attn: Managing Member or Bankruptcy Dept
409 3rd St., SW
Washington, DC 20416

Schnitzer Properties
Attn: Managing Member or Bankruptcy Dept
3111 South Valley View Blvd., Ste. K101
Las Vegas, NV 89102

Smithsonian Consumer Licensing
Attn: Managing Member or Bankruptcy Dept
PO Box 418813
Boston, MA 02241

Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235

```
Spacial EFX
Attn: Managing Member or Bankruptcy Dept
2820 Shearwater Lane
Frederick, MD 21701

Spectra Marketing Group
Attn: Managing Member or Bankruptcy Dept
200 Davis Dr.. Unit 9
Newmarket, ON ON L3Y 2N4
Canada

Square Funding Cali LLC
Attn: Managing Member or Bankruptcy Dept
90 E Halsey Rd.
Parsippany, NJ 07054

Square Funding Cali LLC
Attn: David Fogel, Esq.
1225 Franklin Ave., Ste. 201
Garden City, NY 11530

Starry Lights LLC
Attn: Jerry R. Starry
200 Fennel St.
New Alexandria, PA 15670

Super Cat Solutions
Attn: Managing Member or Bankruptcy Dept
PO Box 8098
Wilson, NC 27896

Tennessee Lighting Sales
Attn: Brian Thomas, LW Carter
2730 Larmon Ave.
Nashville, TN 37204

The Carlson Group
Attn: Managing Member or Bankruptcy Dept
123 Conductor Way
Folsom, CA 95630

The Midwest LightingGroup
Attn: Managing Member or Bankruptcy Dept
6070 Oak Drive
Demotte, IN 46310

The Oliver Group Canada Ltd.
Attn: Managing Member or Bankruptcy Dept
239 Denney Drive
Angus ON L0M 1B1
Canada
```

TOPS Lighting
Huaihua Qianyang International Trade Co.
No. 6, Zhongtai West Road, Hetang Town
Pengijang District Jiangmen
China

U.S. Small Business Administration
Office of General Counsel
312 N. Spring Street, 5th Flr.
Los Angeles, CA 90012

United States Attorney's Office
District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Vince Hall & Associates
Attn: Vince Hall
2012 Fern Mountain Lane
Marietta, GA 30064

Vincent Ingato Sales
Attn: Managing Member or Bankruptcy Dept
2514 Peachtree Drive
Perkasie, PA 18944

VPI/ La Forge Lighting and Furniture Inc
Building 14, Berthaphil #1 Compound
Jose Abad Santos Ave Clakr Freeport Zone
Pampanga PH 2009
Philippines

Wells Fargo
Acct No 44896324
Writs and Levies Dept. D1111-01A
Attn: Operation Mgr -Legal Order Process
PO Box 1416
Charlotte, NC 28201

White Road Capital LLC dba GFE Holdings
Attn: Managing Member or Bankruptcy Dept
27-01 Queens Plaza North, Ste. 802
Long Island City, NY 11101

White Road Capital LLC dba GFE Holdings
Attn: Steven Zakharyayev, Esq.
10 W 37th Street, RM 602
New York, NY 10018

```
WTC-Trade Mart 2015, L.P.
Market Center Management Company, Ltd.
Attn Managing Member or Bankruptcy Dept
2100 Stemmons Freeway
Dallas, TX 75207

York Sales LLC
Attn: Kelly York
701 Bardfield Ave.
Garland, TX 75041
```

# United States Bankruptcy Court
## District of Nevada

In re  **Varaluz, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Varaluz, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 25, 2024**

Date

**/s/ Talitha Gray Kozlowski**

**Talitha Gray Kozlowski 9040**

Signature of Attorney or Litigant

Counsel for  **Varaluz, LLC**

**Garman Turner Gordon LLP**

**7251 Amigo Street, Suite 210**

**Las Vegas, NV 89119**

**725-777-3000**