UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

In re:  
 VARALUZ, LLC,  
     Debtor(s).

Case No.: 24-13181  
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 06/26/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice of Appointment of Subchapter V Trustee

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
06/26/2024

*Tinamarie Feil*

Tinamarie Feil  
BMC Group, Inc.  
Approved Bankruptcy Notice Provider  
info@bmcgroup.com;  
888.909.0100

## Exhibit A - Certificate of Service
## VARALUZ, LLC 24-13181

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17031 | A502 Elite , Elite Sales Group/Luxeco, Attn: Managing Member or Bankruptcy Dept, 3301 Hickory Ridge, Edmond, OK, 73013-8030 | First Class |
| 17031 | Accessories Resource Team, Inc. , Attn: Managing Member or Bankruptcy Dept, PO Box 31813, Charlotte, NC, 28231-1813 | First Class |
| 17031 | AFCO , Atn: Managing Member or Bankruptcy Dept, 150 N. Field Dr., Ste. 190, Lake Forest, IL, 60045-2594 | First Class |
| 17031 | Alliance Caipital US LLC , Attn: Managing Member or Bankruptcy Dept, 1225 Franklin Ave., Ste. 325, Garden City, NY, 11530-1693 | First Class |
| 17031 | Alliance Capital US LLC , Attn: Managing Member or Bankruptcy Dept, 1377 Motor Pkwy., Ste. LL-5, Hauppauge, NY, 11749-5258 | First Class |
| 17031 | Amber Tubbs , 831 Garden Breeze Way, Las Vegas, NV, 89123-3648 | First Class |
| 17031 | American Express Black Corporate , Acct No xxx5550, Attn Managing Member or Bankruptcy Dept, 200 Vesey St., New York, NY, 10285-1000 | First Class |
| 17031 | American Express Business Line of Credit , Acct No xx6417, Attn: Managing Member or Bankruptcy Dept, PO Box570622, Atlanta, GA, 30357-3110 | First Class |
| 17031 | American Express National Bank , Attn: Managing Member or Bankruptcy Dept, c/o CT Corporation System, 28 Liberty Street, New York, NY, 10005-1400 | First Class |
| 17031 | American Express Skymiles Reserve Purp , Acct No xxx5560, Attn Managing Member or Bankruptcy Dept, 200 Vesey Streeet, New York, NY, 10281-5525 | First Class |
| 17031 | American Lighting Association , Attn: Managing Member or Bankruptcy Dept, 2050 N Stemmons Freeway, Unit 100, Dallas, TX, 75207-3204 | First Class |
| 17031 | Andmore , Attn: Managing Member or Bankruptcy Dept, c/o International Market Centers LP, 475 S. Grand Central Parkway #1615, Las Vegas, NV, 89106-4552 | First Class |
| 17031 | Angela Smith , 5549 Belmont Drive, Apt. 203, Winston Salem, NC, 27106-6534 | First Class |
| 17031 | AUSPI Group LLC , Attn: Managing Member or Bankruptcy Dept, 417 South Associate Rd., #102, Brea, CA, 92821-5802 | First Class |
| 17031 | Brad Buntz , 100 E Main Street, Robins, IA, 52328-9792 | First Class |
| 17031 | Bradley Personnel, Inc. , Attn: Managing Member or Bankruptcy Dept, 41 S Talbert St., Lexington, NC, 27292-4025 | First Class |
| 17031 | Carolina Fixture Sales, Inc. , Attn: Managing Member or Bankruptcy Dept, 1310 S Tryon St., #107, Columbia, SC, 29203 | First Class |
| 17031 | CCA Global Partners , Attn: Managing Member or Bankruptcy Dept, PO Box 538030, Atlanta, GA, 30353-8030 | First Class |
| 17031 | CLOUDFUND LLC, 400 RELLA BOULEVARD SUITE 165-101, SUFFERN, NY, 10901-4241, United States of America | First Class |
| 17031 | Cloudfund LLC , Attn: Vadim Serebro, Esq., Max Rcovery Group LLC, 55 Broadway, 3rd Floor, New York, NY, 10006-3757 | First Class |
| 17031 | Cohen Scalia Agency , Attn: Managing Member, 7465 Trans Canada West, St. Laurent, QC ,  H4T1T3, Canada | First Class |
| 17031 | CSA Group International , Attn: Managing Member or Bankruptcy Dept, PO Box 74008295, Chicago, IL, 60674-8295 | First Class |
| 17031 | CSR Associates , Attn: Managing Member or Bankruptcy Dept, 5315 N. Pennsylvania St., Indianapolis, IN, 46220-3058 | First Class |
| 17031 | Dallas Market Center , WTC-Trade Mart 2015,LP, Attn: Managing Member or Bankruptcy Dept, PO Box 845467, Dallas, TX, 75284-5467 | First Class |
| 17031 | Daniel Rodriguez , 1 Yew Street, Las Vegas, NV, 89110 | First Class |
| 17031 | DesignMYX , Attn: Managing Member or Bankruptcy Dept, 11684 Ventura Blvd., #861, Studio City, CA, 91604-2699 | First Class |
| 17031 | Dunn Lighting Sales , Attn: Managing Member or Bankruptcy Dept, 765 SE Cedar Falls Way, North Bend, WA, 98045-9162 | First Class |
| 17031 | Dustin Walker , 2804 Edge Rock Circle, Las Vegas, NV, 89117-0608 | First Class |
| 17031 | Elight , BrandJump LLC, Attn: Managing Member or Bankruptcy Dept, 21550 Oxnard St., 3rd Flr., Woodland Hills, CA, 91367-7105 | First Class |
| 17031 | Elite Lighting - Rick Taylor & , Julie Jenkins, Attn: Managing Member or Bankruptcy Dept, 553 Rita Place, Castle Rock, CO, 80108-3419 | First Class |
| 17031 | Estrin Calabrese Sales , Attn: Managing Member or Bankruptcy Dept, 17 S Main Street, Ste. 3, Manville, NJ, 08835-1966 | First Class |
| 17031 | Eurie Creative , Attn: Managing Member or Bankruptcy Dept, 633 S 4th Street, Ste. 9, Las Vegas, NV, 89101-6631 | First Class |
| 17031 | FedEx Ground and Parcel , Attn: Managing Member or Banruptcy Dept, PO Box 7221, Pasadena, CA, 91109-7321 | First Class |
| 17031 | FedExTrade Networks CANADA , Attn: Managing Member or Bankruptcy Dept, Box 916200, PO Box 4090, Station A, Toronto, ON, M5W 0E9, Canada | First Class |
| 17031 | Framburg , Lighting Resource Group, Attn: Managing Member or Bankruptcy Dept, 2341 Trillium Lane, Naperville, IL, 60565-5212 | First Class |
| 17031 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 17031 | International Market Centers , Attn: Legal and Lease Admin, 240 Peachtree StreetNW, Ste. 2200, Atlanta, GA, 30303-1327 | First Class |
| 17031 | Iternational Market Centers 204 , 305 W. High Avenue, High Point, NC, 27260-4950 | First Class |
| 17031 | IVG Lighting , Attn: Managing Member or Bankruptcy Dept, 1636 Savage Drive, Plano, TX, 75023-1831 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17031 | J Wilson Sales, Inc. , Attn: Jimmy Wilson, 295 Matterhorn Dr., Park City, UT, 84098-5229 | First Class |
| 17031 | Jeremy Hamilton , 8828 Quail Country Way, Apt. 27 103, Las Vegas, NV, 89117-3477 | First Class |
| 17031 | John Howard , Agency 51 LLC, Attn: Managing Member or Bankruptcy Dept, 4783 Capital Dr., Lake Worth, FL, 33463-8186 | First Class |
| 17031 | Jorge Hernandez , 4112 Glenfield Cir., Las Vegas, NV, 89129-6546 | First Class |
| 17031 | Jorge Hernandez Carillo , 4112 Glenfield Circle, Las Vegas, NV, 89129-6546 | First Class |
| 17031 | Justin Seria , 175 Coyote Hills Street, Henderson, NV, 89012-6003 | First Class |
| 17031 | Kalamata Capital Group, LLC , Attn: Managing Member or Bankruptcy Dept, 1 Blue Hill Plaza, Lobby Level #1509, Pearl River, NY, 10965-3165 | First Class |
| 17031 | Kalamata Capital Group, LLC , Attn: Ariel Bouskila, Esq., Berkovitch & Bouskila, PLLC, 1545 U.S. 202, Ste. 101, Pomona, NY, 10970-2951 | First Class |
| 17031 | Kellee Hammond , 1109 Clubview Court, Monroe, GA, 30655-2065 | First Class |
| 17031 | Kellee Hollenback-Hammond , 1109 Clubview Court, Monroe, GA, 30655-2065 | First Class |
| 17031 | Kornblatt and Associates, LLC , Attn: Managing Member or Bankruptcy Dept, 114 Bergerville Rd., Freehold, NJ, 07728-8518 | First Class |
| 17031 | Langlais Group, Inc. , Attn: Managing Member or Bankruptcy Dept, 11 Sea Pave Rd., South Windsor, CT, 06074-4156 | First Class |
| 17031 | Lejend Marketing , BLJ Solutions, Attn: Managing Member or Bankruptcy Dept, 27070 88 Ave., Langley, BC, V1M 3L8, Canada | First Class |
| 17031 | Light Inc. , Jeff Skippon, J2MK dba Light LLC, 2421 W. 205th Street, Ste. D-107, Torrance, CA, 90501-1462 | First Class |
| 17031 | Lighting Group Utah Inc. , Attn: Managing Member or Bankruptcy Dept, 12272 S 800 E, Suite C, Draper, UT, 84020-9776 | First Class |
| 17031 | Lighting Vision , Attn: Managing Member or Bankruptcy Dept, 6461 S Sedalia, Aurora, CO, 80016-3163 | First Class |
| 17031 | Lillian Apodaca , 6767 W Windmill Lane #2090, Las Vegas, NV, 89139-6509 | First Class |
| 17031 | Lisa Dearmon , 1801 Little Bow Ave., North Las Vegas, NV, 89084-2004 | First Class |
| 17031 | Luz Carrillo , 4112 Glenfield Circle, Las Vegas, NV, 89129-6546 | First Class |
| 17031 | Maria Davalos Torres , 4112 Glenfield Circle, Las Vegas, NV, 89129-6546 | First Class |
| 17031 | Marilyn Vazquez Femenias , 11041 Leadwell Street, Los Angeles, CA, 91352-5047 | First Class |
| 17031 | Martin Design Group , Attn: Managing Member or Bankruptcy Dept, 3876 Thunderbolt Lane, Pacific, MO, 63069-2501 | First Class |
| 17031 | Meredith Corp , Attn: Managing Member or Bankruptcy Dept, PO Box 730148, Dallas, TX, 75373-0148 | First Class |
| 17031 | Merged Funding  Group Corp. , Attn: Isaac H. Greenfield, Esq., Law Offices of Isaac H. Greenfield, PLLC, 2 Executive Blvd., Ste 305, Suffern, NY, 10901-8219 | First Class |
| 17031 | Merged Funding Group Corp. , Attn: Managing Member or Bankruptcy Dept, 1 Princeton Ave., Brick, NJ, 08724-3515 | First Class |
| 17031 | Mitchell Winston , 2020 Old Prescott Ct., Richmond, VA, 23238-3532 | First Class |
| 17031 | MTS Logistics Inc. , Attn: Managing Member or Bankruptcy Dept, 5 West 37th Street, Ste. 300, New York, NY, 10018-5352 | First Class |
| 17031 | NACM Commercial Services , Attn: Managing Member or Bankruptcy Dept, 606 N Pines, Ste. 102, Spokane, WA, 99206-6711 | First Class |
| 17031 | Netsuite - Oracle America, Inc. , Attn: Managing Member or Bankruptcy Dept, Bank of America Lockbox Services, 15612 Collections Center Dr., Chicago, IL, 60693-0001 | First Class |
| 17031 | Nevada Dept. of Taxation, Bankruptcy Sec , 555 E. Washington Ave., #1300, Las Vegas, NV, 89101-1046, United States of America | First Class |
| 17031 | NEVADA DETR, 500 E THIRD ST, CARSON CITY, NV, 89701-4772 | First Class |
| 17031 | Pacific Lifeforce Sales LLC , Attn: Managing Member or Bankruptcy Dept, 20381 Lake Forest Dr., Ste. B-18, Lake Forest, CA, 92630-8109 | First Class |
| 17031 | Plotline Online , Attn: Maureen Olson, 11117 Stanley Ave. S., Bloomington, MN, 55437-3311 | First Class |
| 17031 | ProductCare , Attn: Managing Member or Bankruptcy Dept, 420-2238, Youkon Street, Vancouver, BC, V5Y 3P2, Canada | First Class |
| 17031 | Richard Alan & Associates , Attn: Managing Member or Bankruptcy Dept, 232 Gruene Trail, Allen, TX, 75002-7583 | First Class |
| 17031 | Rommel Bundalian Designs , Attn: Managing Member or Bankruptcy Dept, Bldg. #14, Berthaphil 1 Compound, Jose Abad Santos Ave., Clark Freeport Zone, Clark Pampanga 2009, Philippines | First Class |
| 17031 | Ronald Henderson , 4112 Glenfield Circle, Las Vegas, NV, 89129-6546 | First Class |
| 17031 | Rossy Wu Bundalian , Bldg. #14, Berthaphil 1 Compound, Jose Abad Santos Ave., Clark Freeport Zone, Clark Pampanga 2009, Philippines | First Class |
| 17031 | Ryan Davidson Sales , Attn: Managing Member or Bankruptcy Dept, 3030 Virginia St., Miami, FL, 33133-4524 | First Class |
| 17031 | SBA U.S. Small Business Administration , Attn: Managing Member or Bankruptcy Dept, 409 3rd St., SW, Washington, DC, 20416-0002 | First Class |
| 17031 | Schnitzer Properties , Attn: Managing Member or Bankruptcy Dept, 3111 South Valley View Blvd., Ste. K101, Las Vegas, NV, 89102-8337 | First Class |
| 17031 | Smithsonian Consumer Licensing , Attn: Managing Member or Bankruptcy Dept, PO Box 418813, Boston, MA, 02241-8813 | First Class |
| 17031 | Social Security Administration , Office of General Counsel, Office of Program Litigation Attn: BK, 6401 Security Blvd., Baltimore, MD, 21235-0001 | First Class |
| 17031 | Spacial EFX , Attn: Managing Member or Bankruptcy Dept, 2820 Shearwater Lane, Frederick, MD, 21701-1976 | First Class |
| 17031 | Spectra Marketing Group , Attn: Managing Member or Bankruptcy Dept, 200 Davis Dr.. Unit 9, Newmarket, ON,  L3Y 2N4, Canada | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17031 | Square Funding Cali LLC , Attn: David Fogel, Esq., 1225 Franklin Ave., Ste. 201, Garden City, NY, 11530-1890 | First Class |
| 17031 | Square Funding Cali LLC , Attn: Managing Member or Bankruptcy Dept, 90 E Halsey Rd., Parsippany, NJ, 07054-3713 | First Class |
| 17031 | Starry Lights LLC , Attn: Jerry R. Starry, 200 Fennel St., New Alexandria, PA, 15670-3002 | First Class |
| 17031 | Super Cat Solutions , Attn: Managing Member or Bankruptcy Dept, PO Box 8098, Wilson, NC, 27893-1098 | First Class |
| 17031 | Tennessee Lighting Sales , Attn: Brian Thomas, LW Carter, 2730 Larmon Ave., Nashville, TN, 37204-2823 | First Class |
| 17031 | TERESA M. PILATOWICZ , GARMAN TURNER GORDON, 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NV, 89119-4302 | First Class |
| 17031 | The Carlson Group , Attn: Managing Member or Bankruptcy Dept, 123 Conductor Way, Folsom, CA, 95630-8021 | First Class |
| 17031 | The Midwest LightingGroup , Attn: Managing Member or Bankruptcy Dept, 6070 Oak Drive, Demotte, IN, 46310-8076 | First Class |
| 17031 | The Oliver Group Canada Ltd. , Attn: Managing Member or Bankruptcy Dept, 239 Denney Drive, Angus, ON, L0M 1B1, Canada | First Class |
| 17031 | TOPS Lighting , Huaihua Qianyang International Trade Co., No. 6, Zhongtai West Road, Hetang Town, Pengijang District Jiangmen, China | First Class |
| 17031 | U S  SMALL BUSINESS ADMINISTRATION, 312 N SPRING ST 5TH FLOOR, LOS ANGELES, CA, 90012-4701 | First Class |
| 17031 | U.S. Securities and Exchange Commission, Attn: Bankruptcy Counsel, 444 So. Flower St., Suite 900, Los Angeles, CA, 90071 | First Class |
| 17031 | United States Attorney's Office , District of Nevada, 501 Las Vegas Blvd. South, Ste. 1100, Las Vegas, NV, 89101-6521 | First Class |
| 17031 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | First Class |
| 17031 | VARALUZ, LLC , 4445 HARMON COVE COURT, SUITES 4-6, LAS VEGAS, NV, 89103-4005 | First Class |
| 17031 | Vince Hall & Associates , Attn: Vince Hall, 2012 Fern Mountain Lane, Marietta, GA, 30064-3311 | First Class |
| 17031 | Vincent Ingato Sales , Attn: Managing Member or Bankruptcy Dept, 2514 Peachtree Drive, Perkasie, PA, 18944-5458 | First Class |
| 17031 | VPI/ La Forge Lighting and Furniture Inc , Building 14, Berthaphil #1 Compound, Jose Abad Santos Ave  Freeport Zone, Clark Pampanga PH 2009, Philippines | First Class |
| 17031 | Wells Fargo , Acct No 44896324, Writs and Levies Dept. D1111-01A, Attn: Operation Mgr -Legal Order Process, PO Box 1416, Charlotte, NC, 28201-1416 | First Class |
| 17031 | White Road Capital LLC dba GFE Holdings , Attn: Managing Member or Bankruptcy Dept, 27-01 Queens Plaza North, Ste. 802, Long Island City, NY, 11101-4020 | First Class |
| 17031 | White Road Capital LLC dba GFE Holdings , Attn: Steven Zakharyayev, Esq., 10 W 37th Street, RM 602, New York, NY, 10018-7473 | First Class |
| 17031 | WTC-Trade Mart 2015, L.P. , Market Center Management Company, Ltd., Attn Managing Member or Bankruptcy Dept, 2100 Stemmons Freeway, Dallas, TX, 75207-3047 | First Class |
| 17031 | York Sales LLC , Attn: Kelly York, 701 Bardfield Ave., Garland, TX, 75041-5128 | First Class |