GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>        Debtor(s). | Case No.: 24-13181-HLB<br>Chapter:   11 |

**CERTIFICATE OF SERVICE**

1. On June 27, 2024, I served the following document(s):

    a.    *Notice of Chapter 11 Bankruptcy Case*           Dkt. No. 4

I served the above-named document(s) by the following means to the persons as listed below:

☒    United States Mail, postage fully prepaid:  See attached mailing list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of June, 2024.

                                                          */s/ Danielle Charlet*
                                                          Danielle Charlet, an employee of
                                                          Garman Turner Gordon LLP

```
Label Matrix for local noticing          CHAPTER 11 - LV                           VARALUZ, LLC
0978-2                                   300 LAS VEGAS BLVD., SO. #4300             4445 HARMON COVE COURT, SUITES 4-6
Case 24-13181-hlb                        LAS VEGAS, NV 89101-5803                   LAS VEGAS, NV 89103-4005
District of Nevada
Las Vegas
Thu Jun 27 10:22:09 PDT 2024

United States Bankruptcy Court           A502 Elite                                 AFCO
300 Las Vegas Blvd., South               Elite Sales Group/Luxeco                   Attn: Managing Member or Bankruptcy Dept
Las Vegas, NV 89101-5833                 Attn: Managing Member or Bankruptcy Dept   150 N. Field Dr., Ste. 190
                                         3301 Hickory Ridge                         Lake Forest, IL 60045-2594
                                         Edmond, OK 73013-8030

AUSPI Group LLC                          Accessories Resource Team, Inc.            Alliance Caipital US LLC
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept   Attn: Managing Member or Bankruptcy Dept
417 South Associate Rd., #102            PO Box 31813                               1225 Franklin Ave., Ste. 325
Brea, CA 92821-5802                      Charlotte, NC 28231-1813                   Garden City, NY 11530-1693

Alliance Capital US LLC                  Amber Tubbs                                American Express Black Corporate
Attn: Managing Member or Bankruptcy Dept 831 Garden Breeze Way                      Acct No xxx5550
1377 Motor Pkwy., Ste. LL-5              Las Vegas, NV 89123-3648                   Attn Managing Member or Bankruptcy Dept
Hauppauge, NY 11749-5258                                                            200 Vesey St.
                                                                                    New York, NY 10285-1000

American Express Business Line of Credit American Express National Bank             American Express Skymiles Reserve Purp
Acct No xx6417                           Attn: Managing Member or Bankruptcy Dept   Acct No xxx5560
Attn: Managing Member or Bankruptcy Dept c/o CT Corporation System                  Attn Managing Member or Bankruptcy Dept
PO Box570622                             28 Liberty Street                          200 Vesey Streeet
Atlanta, GA 30357-3110                   New York, NY 10005-1400                    New York, NY 10281-5525

American Lighting Association            Andmore                                    Angela Smith
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept   5549 Belmont Drive, Apt. 203
2050 N Stemmons Freeway, Unit 100        c/o International Market Centers LP        Winston Salem, NC 27106-6534
Dallas, TX 75207-3204                    475 S. Grand Central Parkway #1615
                                         Las Vegas, NV 89106-4552

Brad Buntz                               Bradley Personnel, Inc.                    CCA Global Partners
100 E Main Street                        Attn: Managing Member or Bankruptcy Dept   Attn: Managing Member or Bankruptcy Dept
Robins, IA 52328-9792                    41 S Talbert St.                           PO Box 538030
                                         Lexington, NC 27292-4025                   Atlanta, GA 30353-8030

CSA Group International                  CSR Associates                             Carolina Fixture Sales, Inc.
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept   Attn: Managing Member or Bankruptcy Dept
PO Box 74008295                          5315 N. Pennsylvania St.                   1310 S Tryon St., #107
Chicago, IL 60674-8295                   Indianapolis, IN 46220-3058                Columbia, SC 29203

(p)CLOUDFUND LLC                         Cloudfund LLC                              Cohen Scalia Agency
400 RELLA BOULEVARD SUITE 165-101        Attn: Vadim Serebro, Esq.                  Attn: Managing Member
SUFFERN NY 10901-4241                    Max Rcovery Group LLC                      7465 Trans Canada West
                                         55 Broadway, 3rd Floor                     St. Laurent QC H4T1T3
                                         New York, NY 10006-3757                    Canada

Dallas Market Center                     Daniel Rodriguez                           (p)NEVADA DETR
WTC-Trade Mart 2015,LP                   1 Yew Street                               500 E THIRD ST
Attn: Managing Member or Bankruptcy Dept Las Vegas, NV 89110                        CARSON CITY NV 89701-4772
PO Box 845467
Dallas, TX 75284-5467
```

DesignMYX
Attn: Managing Member or Bankruptcy Dept
11684 Ventura Blvd., #861
Studio City, CA 91604-2699

Dunn Lighting Sales
Attn: Managing Member or Bankruptcy Dept
765 SE Cedar Falls Way
North Bend, WA 98045-9162

Dustin Walker
2804 Edge Rock Circle
Las Vegas, NV 89117-0608

Elight
BrandJump LLC
Attn: Managing Member or Bankruptcy Dept
21550 Oxnard St., 3rd Flr.
Woodland Hills, CA 91367-7105

Elite Lighting - Rick Taylor &
Julie Jenkins
Attn: Managing Member or Bankruptcy Dept
553 Rita Place
Castle Rock, CO 80108-3419

Estrin Calabrese Sales
Attn: Managing Member or Bankruptcy Dept
17 S Main Street, Ste. 3
Manville, NJ 08835-1966

Eurie Creative
Attn: Managing Member or Bankruptcy Dept
633 S 4th Street, Ste. 9
Las Vegas, NV 89101-6631

FedEx Ground and Parcel
Attn: Managing Member or Banruptcy Dept
PO Box 7221
Pasadena, CA 91109-7321

FedExTrade Networks CANADA
Attn: Managing Member or Bankruptcy Dept
Box 916200, PO Box 4090, Station A
Toronto ON M5W 0E9
Canada

Framburg
Lighting Resource Group
Attn: Managing Member or Bankruptcy Dept
2341 Trillium Lane
Naperville, IL 60565-5212

IVG Lighting
Attn: Managing Member or Bankruptcy Dept
1636 Savage Drive
Plano, TX 75023-1831

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Market Centers
Attn: Legal and Lease Admin
240 Peachtree StreetNW, Ste. 2200
Atlanta, GA 30303-1327

Iternational Market Centers 204
305 W. High Avenue
High Point, NC 27260-4950

J Wilson Sales, Inc.
Attn: Jimmy Wilson
295 Matterhorn Dr.
Park City, UT 84098-5229

Jeremy Hamilton
8828 Quail Country Way
Apt. 27 103
Las Vegas, NV 89117-3477

John Howard
Agency 51 LLC
Attn: Managing Member or Bankruptcy Dept
4783 Capital Dr.
Lake Worth, FL 33463-8186

Jorge Hernandez
4112 Glenfield Cir.
Las Vegas, NV 89129-6546

Jorge Hernandez Carillo
4112 Glenfield Circle
Las Vegas, NV 89129-6546

Justin Seria
175 Coyote Hills Street
Henderson, NV 89012-6003

Kalamata Capital Group, LLC
Attn: Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
1545 U.S. 202, Ste. 101
Pomona, NY 10970-2951

Kalamata Capital Group, LLC
Attn: Managing Member or Bankruptcy Dept
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965-3165

Kellee Hammond
1109 Clubview Court
Monroe, GA 30655-2065

Kellee Hollenback-Hammond
1109 Clubview Court
Monroe, GA 30655-2065

Kornblatt and Associates, LLC
Attn: Managing Member or Bankruptcy Dept
114 Bergerville Rd.
Freehold, NJ 07728-8518

Langlais Group, Inc.
Attn: Managing Member or Bankruptcy Dept
11 Sea Pave Rd.
South Windsor, CT 06074-4156

Lejend Marketing
BLJ Solutions
Attn: Managing Member or Bankruptcy Dept
27070 88 Ave.
Langley BC V1M 3L8  Canada

Light Inc.
Jeff Skippon
J2MK dba Light LLC
2421 W. 205th Street, Ste. D-107
Torrance, CA 90501-1462

LightIng Vision
Attn: Managing Member or Bankruptcy Dept
6461 S Sedalia
Aurora, CO 80016-3163

Lighting Group Utah Inc.
Attn: Managing Member or Bankruptcy Dept
12272 S 800 E
Suite C
Draper, UT 84020-9776

Lillian Apodaca
6767 W Windmill Lane #2090
Las Vegas, NV 89139-6509

Lisa Dearmon
1801 Little Bow Ave.
North Las Vegas, NV 89084-2004

Luz Carrillo
4112 Glenfield Circle
Las Vegas, NV 89129-6546


MTS Logistics Inc.
Attn: Managing Member or Bankruptcy Dept
5 West 37th Street, Ste. 300
New York, NY 10018-5352

Maria Davalos Torres
4112 Glenfield Circle
Las Vegas, NV 89129-6546

Marilyn Vazquez Femenias
11041 Leadwell Street
Los Angeles, CA 91352-5047


Martin Design Group
Attn: Managing Member or Bankruptcy Dept
3876 Thunderbolt Lane
Pacific, MO 63069-2501

Meredith Corp
Attn: Managing Member or Bankruptcy Dept
PO Box 730148
Dallas, TX 75373-0148

Merged Funding  Group Corp.
Attn: Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste 305
Suffern, NY 10901-8219


Merged Funding Group Corp.
Attn: Managing Member or Bankruptcy Dept
1 Princeton Ave.
Brick, NJ 08724-3515

Mitchell Winston
2020 Old Prescott Ct.
Richmond, VA 23238-3532

NACM Commercial Services
Attn: Managing Member or Bankruptcy Dept
606 N Pines, Ste. 102
Spokane, WA 99206-6711


Netsuite - Oracle America, Inc.
Attn: Managing Member or Bankruptcy Dept
Bank of America Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693-0001

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

Pacific Lifeforce Sales LLC
Attn: Managing Member or Bankruptcy Dept
20381 Lake Forest Dr., Ste. B-18
Lake Forest, CA 92630-8109


Plotline Online
Attn: Maureen Olson
11117 Stanley Ave. S.
Bloomington, MN 55437-3311

ProductCare
Attn: Managing Member or Bankruptcy Dept
420-2238
Youkon Street
Vancouver BC V5Y 3P2

Richard Alan & Associates
Attn: Managing Member or Bankruptcy Dept
232 Gruene Trail
Allen, TX 75002-7583


Ronald Henderson
4112 Glenfield Circle
Las Vegas, NV 89129-6546

Rossy Wu Bundalian
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009
Philippines

Ryan Davidson Sales
Attn: Managing Member or Bankruptcy Dept
3030 Virginia St.
Miami, FL 33133-4524


SBA U.S. Small Business Administration
Attn: Managing Member or Bankruptcy Dept
409 3rd St., SW
Washington, DC 20416-0002

Schnitzer Properties
Attn: Managing Member or Bankruptcy Dept
3111 South Valley View Blvd., Ste. K101
Las Vegas, NV 89102-8337

Smithsonian Consumer Licensing
Attn: Managing Member or Bankruptcy Dept
PO Box 418813
Boston, MA 02241-8813


Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235-0001

Spacial EFX
Attn: Managing Member or Bankruptcy Dept
2820 Shearwater Lane
Frederick, MD 21701-1976

Spectra Marketing Group
Attn: Managing Member or Bankruptcy Dept
200 Davis Dr.. Unit 9
Newmarket, ON ON L3Y 2N4
Canada


Square Funding Cali LLC
Attn: David Fogel, Esq.
1225 Franklin Ave., Ste. 201
Garden City, NY 11530-1890

Square Funding Cali LLC
Attn: Managing Member or Bankruptcy Dept
90 E Halsey Rd.
Parsippany, NJ 07054-3713

Starry Lights LLC
Attn: Jerry R. Starry
200 Fennel St.
New Alexandria, PA 15670-3002

Super Cat Solutions
Attn: Managing Member or Bankruptcy Dept
PO Box 8098
Wilson, NC 27893-1098

TOPS Lighting
Huaihua Qianyang International Trade Co.
No. 6, Zhongtai West Road, Hetang Town
Pengijang District Jiangmen
China

Tennessee Lighting Sales
Attn: Brian Thomas, LW Carter
2730 Larmon Ave.
Nashville, TN 37204-2823

The Carlson Group
Attn: Managing Member or Bankruptcy Dept
123 Conductor Way
Folsom, CA 95630-8021

The Midwest LightingGroup
Attn: Managing Member or Bankruptcy Dept
6070 Oak Drive
Demotte, IN 46310-8076

The Oliver Group Canada Ltd.
Attn: Managing Member or Bankruptcy Dept
239 Denney Drive
Angus ON L0M 1B1
Canada

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

United States Attorney's Office
District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101-6521

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101-5803

VPI/ La Forge Lighting and Furniture Inc
Building 14, Berthaphil #1 Compound
Jose Abad Santos Ave Clakr Freeport Zone
Pampanga PH 2009
Philippines

Vince Hall & Associates
Attn: Vince Hall
2012 Fern Mountain Lane
Marietta, GA 30064-3311

Vincent Ingato Sales
Attn: Managing Member or Bankruptcy Dept
2514 Peachtree Drive
Perkasie, PA 18944-5458

WTC-Trade Mart 2015, L.P.
Market Center Management Company, Ltd.
Attn Managing Member or Bankruptcy Dept
2100 Stemmons Freeway
Dallas, TX 75207-3047

Wells Fargo
Acct No 44896324
Writs and Levies Dept. D1111-01A
Attn: Operation Mgr -Legal Order Process
PO Box 1416
Charlotte, NC 28201-1416

White Road Capital LLC dba GFE Holdings
Attn: Managing Member or Bankruptcy Dept
27-01 Queens Plaza North, Ste. 802
Long Island City, NY 11101-4020

White Road Capital LLC dba GFE Holdings
Attn: Steven Zakharyayev, Esq.
10 W 37th Street, RM 602
New York, NY 10018-7473

York Sales LLC
Attn: Kelly York
701 Bardfield Ave.
Garland, TX 75041-5128

TERESA M. PILATOWICZ
GARMAN TURNER GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119-4302

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cloudfund LLC
Attn: Managing Member or Bankruptcy Dept
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Office of General Counsel
312 N. Spring Street, 5th Flr.
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rommel Bundalian Designs              End of Label Matrix
Attn: Managing Member or Bankruptcy Dept  Mailable recipients   108
Bldg. #14, Berthaphil 1 Compound          Bypassed recipients     1
Jose Abad Santos Ave.                     Total                 109
Clark Freeport Zone, Clark Pampanga 2009
```