GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>   Debtor(s). | Case No.: 24-13181-HLB<br>Chapter:   11 |

**DEBTOR'S SUPPLEMENT TO VOLUNTARY PETITION RE: DOCUMENTS REQUIRED PURSUANT TO 11 U.S.C. §§ 1187(a), 1116(1)(A), AND 1116(1)(B)**

Varaluz, LLC, as debtor and debtor in possession (the "Debtor"), submits its supplement to its *Voluntary Petition* [ECF No. 1] to provide the documents required pursuant to 11 U.S.C. §§ 1187(a), 1116(1)(A) and 1116(1)(B).  Attached hereto are the following:

**Exhibit 1:** Debtor's year to date unaudited balance sheet, income statement, and statement of cash flows.

**Exhibit 2:** Debtor's 2023 federal income tax return.

Dated this 27th day of June, 2024.

GARMAN TURNER GORDON LLP

By:  /s/ Talitha Gray Kozlowski
   TALITHA GRAY KOZLOWSKI, ESQ.
   TERESA M. PILATOWICZ, ESQ.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *[Proposed] Attorneys for Debtor*