# EXHIBIT 1

# EXHIBIT 1

**Varaluz LLC**
**Balance Sheet**
**YTD June 2024**

| Financial Row | Amount |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank** | |
| 10100 - Checking - Operations | $14,387.71 |
| **Total Bank** | **$14,387.71** |
| **Accounts Receivable** | |
| 11000 - Accounts Receivable - Trade | $780,260.94 |
| **Total Accounts Receivable** | **$780,260.94** |
| **Other Current Asset** | |
| 11010 - Undeposited Funds | $7,098.17 |
| 11020 - Allowance for Doubtful Accounts | ($27,488.02) |
| 12000 - Inventory | $1,008,385.20 |
| 12040 - In Transit Inventory | $56,286.01 |
| 12050 - Prepaid Inventory | $26,784.44 |
| **Total Other Current Asset** | **$1,071,065.80** |
| **Total Current Assets** | **$1,865,714.45** |
| **Fixed Assets** | |
| 14400 - Depreciable Assets, Plant Machinery & Equipment | $587,093.00 |
| 15010 - Accumulated Depreciation 2 | ($308,373.00) |
| **Total Fixed Assets** | **$278,720.00** |
| **Other Assets** | |
| 19000 - Deposits | $17,932.47 |
| **Total Other Assets** | **$17,932.47** |
| **Total ASSETS** | **$2,162,366.92** |
| **Liabilities & Equity** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 21000 - Accounts Payable - Trade | $1,604,247.71 |
| **Total Accounts Payable** | **$1,604,247.71** |
| **Credit Card** | |
| 25550 - AMEX Black Corporate | $2,109.21 |
| 25560 - AMEX SKYMILES RESERVE PURPLE | $29,551.62 |
| 25570 - MASTERCARD APPLE | $25,605.26 |
| **Total Credit Card** | **$57,266.09** |
| **Other Current Liability** | |
| 22025 - Goods Purchased & In Transit | ($80.00) |
| 23200 - Refunds Payable | ($1,486.90) |

| | |
|---|---:|
| 23400 - Customer Deposits | $335,074.59 |
| 23500 - Warranty Payable | $33,844.71 |
| 28000 - Unpaid or Omitted Wages | $52,500.00 |
| Accrued Purchases | $44,911.74 |
| **Total Other Current Liability** | **$464,764.14** |
| **Total Current Liabilities** | **$2,126,277.94** |
| **Long Term Liabilities** | |
| 26450 - Alliance Capital | $5,375.00 |
| 26550 - Partner Loan LFRWB | $68,749.76 |
| 26600 - Partner Loan RFH | $669,073.47 |
| 26650 - Partner Loan KHH | $25,000.00 |
| 26700 - American Express/Kabbage Loan | $115,819.12 |
| 26850 - Meged Funding Group Loan | $23,840.80 |
| 26900 - Kalamata (bought 660K) | ($544.50) |
| 26910 - Delta Bridge Funding (bought 182,375) | $13,800.81 |
| 26960 - Square Advance Loan | $73,457.27 |
| **Total Long Term Liabilities** | **$994,571.73** |
| **Equity** | |
| 3200 - Opening Balance | ($148,136.82) |
| 3201 - Opening Balance AR | $505,439.63 |
| 3202 - Opening Balance AP | ($413,680.48) |
| 33000 - Paid in Capital | $1,112,892.00 |
| Retained Earnings | ($1,750,489.45) |
| Net Income | ($337,970.42) |
| **Total Equity** | **($1,031,945.54)** |
| **Total Liabilities & Equity** | **$2,088,904.13** |

# Varaluz LLC
# Income Statement
# YTD June 2024

| Financial Row | Amount |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     40000 - Sales | $2,244,252.05 |
|     40100 - Shipping and Handling | $44,044.67 |
|     40200 - Rental Income | $2,500.00 |
|     49100 - Restocking Fee | $7,265.13 |
|   **Total - Income** | **$2,298,061.85** |
|   Cost Of Sales | |
|     50000 - Cost of Goods Sold | $557,732.16 |
|     50500 - Production & Packaging Materials | $13,712.13 |
|     51000 - Freight Expenses - Inbound | $63,047.09 |
|     51500 - Scrap & Inv Adjustments | $14,867.32 |
|     54100 - Workman's Compensation | $1,398.00 |
|     54700 - Supplies | $48.59 |
|   **Total - Cost Of Sales** | **$650,805.29** |
| **Gross Profit** | **$1,647,256.56** |
|   Expense | |
|     60000 - Salaries and Wages | |
|       61000 - Wages | $343,681.30 |
|       61100 - Taxes | $125,169.26 |
|     **Total - 60000 - Salaries and Wages** | **$468,850.56** |
|     62000 - Temporary Labor | $3,611.27 |
|     **64000 - Employer Paid Benefits** | |
|       64020 - 401K Retirement Matching | $36,408.56 |
|     **Total - 64000 - Employer Paid Benefits** | **$36,408.56** |
|     **64100 - Employer Deducted Benefits** | |
|       64110 - Employer Deducted Insurances (Principal, UHC) | $9,004.88 |
|     **Total - 64100 - Employer Deducted Benefits** | **$9,004.88** |
|     65400 - Vehicle | $4,661.75 |
|     65500 - Information Technology & Software | $44,768.19 |
|     66100 - Electric & Other Utilities | $6,117.21 |
|     66200 - Gas | $213.99 |
|     66300 - Telephone/Internet/Cable | $14,092.55 |
|     67000 - Freight Expenses - Outbound | $191,318.04 |
|     68000 - Insurance | $30,936.27 |

| | |
|---|---:|
| 69000 - Building Rent | $147,216.89 |
| 71000 - Dues & Memberships | $300.00 |
| 71100 - Repairs and Maintenance | $1,262.16 |
| 71300 - Bad Debt Expenses | $18,789.78 |
| **71400 - Bank & Credit Card Fees** | |
|   71400 - Bank & Credit Card Fees | $11,844.30 |
|   71410 - Merchant Processing | $43,654.56 |
|   71420 - Shopify Fees | $8.22 |
| **Total - 71400 - Bank & Credit Card Fees** | **$55,507.08** |
| 71500 - Debt Interest & Fees | $68,115.11 |
| **72000 - Travel and Entertainment** | |
|   72000 - Travel and Entertainment | $3,908.92 |
|   72100 - Meals | $495.86 |
|   72200 - Travel | $24,238.75 |
| **Total - 72000 - Travel and Entertainment** | **$28,643.53** |
| **73100 - Professional Services** | |
|   73100 - Professional Services | $152,118.64 |
|   73105 - License Fees | $30,453.11 |
|   73110 - Design Royalties | $8,655.28 |
| **Total - 73100 - Professional Services** | **$191,227.03** |
| **73400 - Sales & Marketing** | |
|   73400 - Sales & Marketing | $1,759.31 |
|   73402 - Layout and Design | $4,500.00 |
|   73404 - Advertising Expense | $31,103.25 |
|   73406 - Catalog/Mktng Materials Printing | $2,338.99 |
|   73410 - Market Discounts/Display Deals/Buyouts | $105,424.53 |
|   73412 - Dues & Subscriptions | $390.00 |
|   73416 - Other Discounts | $2,819.24 |
|   73418 - Photography | $5,609.74 |
|   73420 - Show Expenses | $278,053.89 |
|   73422 - Showroom Special Programs/Promos | $14,074.89 |
|   73424 - Ecom Support & Web Site Charges | $27,206.39 |
|   73426 - Sales and Marketing Other | $2,487.17 |
|   73428 - Event Discount | $4,110.48 |
|   73430 - Defective Allowance | $408.84 |
|   73432 - Co-op Allowance | $732.45 |
|   73436 - Marketing Allowance | $4,004.24 |
|   73438 - Program Discount | $809.92 |
|   73444 - Ecom Growth and Volume Rebates | $2,110.15 |
|   73446 - SR Buying Group Costs and Rebates | $34,644.07 |
|   73448 - SWAG/Premiums | $506.95 |

| | |
|---|---:|
| **Total - 73400 - Sales & Marketing** | **$523,094.50** |
| 73408 - Commissions | $86,666.74 |
| 73439 - Early Payment Discounts | $2,342.89 |
| 73454 - Charitable Donations & Gifts | $984.62 |
| 73456 - Price Matching Discounts | $187.05 |
| 73458 - A/R Discounts | $956.31 |
| 73460 - Conference & Seminars | $87.72 |
| 73464 - Health and Wellness | $15,155.01 |
| 73500 - Research and Development | $2,496.39 |
| 77100 - Other Expenses | ($30.00) |
| 77150 - Mistake Costs | ($10,598.45) |
| 77200 - Other Income | ($0.03) |
| 78300 - Taxes and Licenses | $5,555.47 |
| **Total - Expense** | **$1,947,943.07** |
| **Net Ordinary Income** | **($300,686.51)** |
| **Other Income and Expenses** | |
|   **Other Expense** | |
|     64010 - Employer Deducted Benefits (UHC) | $57,820.18 |
|   **Total - Other Expense** | **$57,820.18** |
| **Net Other Income** | **($57,820.18)** |
| **Net Income** | **($358,506.69)** |

**Varaluz LLC**
**Cash Flow Statement**
**YTD June 2024**

| Financial Row | Amount |
|---|---|
| **Operating Activities** | |
| Net Income | ($358,506.69) |
| **Adjustments to Net Income** | |
| Accounts Receivable | ($559,516.21) |
| Other Current Asset | $355,702.63 |
| Accounts Payable | $128,696.13 |
| Other Current Liabilities | $277,950.51 |
| **Total Adjustments to Net Income** | **$202,833.06** |
| **Total Operating Activities** | **($155,673.63)** |
| **Financing Activities** | |
| Long Term Liabilities | $99,499.92 |
| **Total Financing Activities** | **$99,499.92** |
| **Net Change in Cash for Period** | **($56,173.71)** |
| **Cash at Beginning of Period** | **$58,405.47** |
| **Cash at End of Period** | **$2,231.76** |