# EXHIBIT 2

# EXHIBIT 2

VARALUZLLC 06/17/2024 6:23 PM

## Form 1065 Return Summary

For calendar year 2023, or tax year beginning _____ , and ending _____

**VARALUZ, LLC** _____    11-3793709

_____

**Ordinary Business Income (Loss)**

| | |
|---|---|
| Total income | 4,176,554 |
| Total deductions | ( 4,720,872 ) |
| Ordinary Business Income (Loss) | −544,318 |

**Tax and Payment**

| | |
|---|---|
| Total balance due | |
| Payments | ( _____ ) |
| Amount owed | |
| Overpayment | |

**Analysis of Net Income (Loss), Line 1**

| | |
|---|---|
| Ordinary business income (loss) | −544,318 |
| Net rental real estate income (loss) | |
| Other net rental income (loss) | |
| Guaranteed payments | |
| Interest income | |
| Dividends | |
| Royalties | |
| Net short-term capital gain (loss) | |
| Net long-term capital gain (loss) | |
| Net section 1231 gain (loss) | |
| Other income (loss) | |
| Section 179 deduction | ( ) |
| Contributions | ( 19,720 ) |
| Investment interest expense | ( ) |
| Section 59(e)(2) expenditures | ( ) |
| Other deductions | ( ) |
| Foreign taxes paid or accrued | ( ) |
| Analysis of Net Income (Loss), Line 1 | −564,038 |

**Form 8804 - Foreign Partner Withholding**

| | |
|---|---|
| Total number of foreign partners | |
| Effectively connected taxable income | |
| Total withholding tax | |
| Payments | ( ) |
| Estimated tax penalty | |
| Overpayment allocated to partners | |
| Withholding Tax Due (Overpaid) | 0 |

---

### Analysis of Net Income (Loss)

| | |
|---|---|
| Analysis, line 1 | −564,038 |
| Analysis, line 2 | −564,038 |
| Difference | 0 |

### Schedule L

| | Beginning of Year | End of Year |
|---|---|---|
| Assets | 2,462,106 | 1,985,719 |
| Liabilities | 2,542,178 | 2,635,100 |
| Capital | −80,072 | −649,381 |
| Liabilities and capital | 2,462,106 | 1,985,719 |
| Difference | 0 | 0 |

---

### Analysis of Net Income (Loss) and M-1/M-3 Reconciliation

| | |
|---|---|
| Analysis, line 1 | −564,038 |
| Schedule M-1, line 9 | −564,038 |
| Schedule M-3, page 2, line 26(d) | |
| Difference | 0 |

### Partners' Capital

| | Schedule M-2 | Schedule K-1 |
|---|---|---|
| Beginning balance | −80,072 | −80,072 |
| Contributions | 0 | 0 |
| Current year income (loss) | −569,309 | −569,309 |
| Other increases (decreases) | | |
| Distributions | ( 0 ) | ( 0 ) |
| Ending balance | −649,381 | −649,381 |

VARALUZLLC 06/17/2024 6:23 PM

| Form **1065** | Two Year Comparison Worksheet, Page 1 | **2022 & 2023** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| VARALUZ, LLC | 11-3793709 |

|  |  | 2022 | 2023 | Differences |
|---|---|---|---|---|
| **Income** | Gross receipts less returns and allowances | 7,289,941 | 6,259,685 | -1,030,256 |
| | Cost of goods sold | 3,855,450 | 2,083,659 | -1,771,791 |
| | Gross profit | 3,434,491 | 4,176,026 | 741,535 |
| | Ordinary income (loss) from other partnerships, etc. | | | |
| | Net farm profit (loss) | | | |
| | Net gain (loss) from Form 4797 | | 528 | 528 |
| | Other income (loss) | | | |
| | Total income (loss) | 3,434,491 | 4,176,554 | 742,063 |
| **Deductions** | Salaries and wages (other than to partners) | 768,562 | 691,755 | -76,807 |
| | Guaranteed payments to partners | | | |
| | Repairs and maintenance | 4,697 | 4,720 | 23 |
| | Bad debts | 77,680 | 33,096 | -44,584 |
| | Rent | 285,015 | 323,416 | 38,401 |
| | Taxes and licenses | 243,240 | 323,051 | 79,811 |
| | Interest | 20,901 | 370,079 | 349,178 |
| | Depreciation | 23,704 | 9,604 | -14,100 |
| | Depletion | | | |
| | Retirement plans, etc. | | 36,091 | 36,091 |
| | Employee benefit programs | 62,348 | 65,717 | 3,369 |
| | Energy efficient buildings deduction | | | |
| | Other deductions | 3,212,533 | 2,863,343 | -349,190 |
| | Total deductions | 4,698,680 | 4,720,872 | 22,192 |
| | Ordinary business income (loss) | -1,264,189 | -544,318 | 719,871 |
| **Tax and Payment** | Total balance due | | | |
| | Payments | | | |
| | Amount owed | | | |
| | Overpayment | | | |

VARALUZLLC 06/17/2024 6:23 PM

| Form **1065** | Two Year Comparison Worksheet, Page 2 | **2022 & 2023** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **VARALUZ, LLC** | **11-3793709** |

|  |  | 2022 | 2023 | Differences |
|---|---|---:|---:|---:|
| **Income (Loss)** | Ordinary business income (loss) | -1,264,189 | -544,318 | 719,871 |
| | Net rental real estate income (loss) | | | |
| | Net other rental income (loss) | | | |
| | Guaranteed payments | | | |
| | Interest income | | | |
| | Ordinary dividends | | | |
| | Qualified dividends | | | |
| | Dividend equivalents | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Cash contributions | 14,847 | 19,720 | 4,873 |
| | Noncash contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Self-Employment** | Net earnings (loss) from self-employment | -1,043,090 | -544,318 | 498,772 |
| | Gross farm or fishing income | | | |
| | Gross nonfarm income | 2,833,820 | 4,176,554 | 1,342,734 |
| **Credits** | Low-income housing credit (section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehab expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Other credits | | | |
| **Alternative Minimum Tax (AMT) Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties - gross income | | | |
| | Oil, gas, and geothermal properties - deductions | | | |
| | Other AMT items | | | |
| **Other Information** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 24,905 | 41,130 | 16,225 |
| | Distributions of cash and marketable securities | | | |
| | Distributions of other property | 604,727 | | -604,727 |
| | Investment income | | | |
| | Investment expenses | | | |
| | Total foreign taxes paid or accrued | | | |
| | Net income (loss) | -1,279,036 | -564,038 | 714,998 |

VARALUZLLC 06/17/2024 6:23 PM

| Form **1065** | Two Year Comparison Worksheet, Page 3 | **2022 & 2023** |
|---|---|---|

Partnership Name

**VARALUZ, LLC**

Employer Identification Number

**11-3793709**

| | | 2022 | 2023 | Differences |
|---|---|---|---|---|
| Schedule L | Beginning assets | 2,189,844 | 2,462,106 | 272,262 |
| | Beginning liabilities and capital | 2,189,844 | 2,462,106 | 272,262 |
| | Ending assets | 2,462,106 | 1,985,719 | -476,387 |
| | Ending liabilities and capital | 2,462,106 | 1,985,719 | -476,387 |
| Schedule M-1 | Net income (loss) per books | -1,303,941 | -648,057 | 655,884 |
| | Taxable income not on books | | | |
| | Guaranteed payments (other than health ins) | | | |
| | Book expenses not deducted | 24,905 | 84,019 | 59,114 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income per return | -1,279,036 | -564,038 | 714,998 |
| Schedule M-2 | Balance at beginning of year | 1,198,964 | -80,072 | -1,279,036 |
| | Cash contributions | | | |
| | Property contributions | 604,727 | | -604,727 |
| | Net income (loss) per books | -1,279,036 | -569,309 | 709,727 |
| | Other increases | | | |
| | Cash distributions | | | |
| | Property distributions | 604,727 | | -604,727 |
| | Other decreases | | | |
| | Balance at end of year | -80,072 | -649,381 | -569,309 |
| Schedule M-3 | Total income (loss) items: | | | |
| |   Income (loss) per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| |   Expense per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Deduction per tax return | | | |
| | Other items with no differences | | | |
| | Reconciliation totals: | | | |
| |   Income (loss) per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Income (loss) per tax return | | | |

VARALUZLLC 06/17/2024 6:23 PM

| Form **1065** Department of the Treasury Internal Revenue Service | **U.S. Return of Partnership Income** For calendar year 2023, or tax year beginning .............. , ending .............. . Go to *www.irs.gov/Form1065* for instructions and the latest information. | | OMB No. 1545-0123 **2023** |
|---|---|---|---|

| A Principal business activity **Sales** | Name of partnership **VARALUZ, LLC** | D Employer Identification number **11-3793709** |
|---|---|---|
| B Principal product or service **Lighting** | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. **4445 S VALLEY VIEW BLVD, STE 6** | E Date business started **01/01/2007** |
| C Business code number **442299** | | City or town, state or province, country, and ZIP or foreign postal code **Las Vegas      NV 89103** | F Total assets (see instructions) $ **1,985,719** |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify): ..............
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: ..............  **4**
J Check if Schedules C and M-3 are attached ............................................................. ☐
K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 6,865,344 | 1b Less returns and allowances | 605,659 | 1c Balance | 1c | 6,259,685 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 2,083,659 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 4,176,026 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 | Other income (loss) (attach statement) | | 7 | 528 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | 4,176,554 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 691,755 |
| | 10 | Guaranteed payments to partners | | 10 | |
| | 11 | Repairs and maintenance | | 11 | 4,720 |
| | 12 | Bad debts | | 12 | 33,096 |
| | 13 | Rent | | 13 | 323,416 |
| | 14 | Taxes and licenses | | 14 | 323,051 |
| | 15 | Interest (see instructions) | | 15 | 370,079 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 9,604 | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 9,604 |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| | 18 | Retirement plans, etc. | | 18 | 36,091 |
| | 19 | Employee benefit programs | | 19 | 65,717 |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | | 20 | |
| | 21 | Other deductions (attach statement) **See Statement 1** | | 21 | 2,863,343 |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | 22 | 4,720,872 |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | | 23 | -544,318 |
| Tax and Payment | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 24 | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | | 26 | |
| | 27 | Other taxes (see instructions) | | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | | 28 | |
| | 29 | Elective payment election amount from Form 3800 | | 29 | |
| | 30 | Payment (see instructions) | | 30 | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | | 31 | |
| | 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | | 32 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

Signature of partner or limited liability company member _____ Date _____

| | Print/Type preparer's name **Doan Plummer** | Preparer's signature **Dean Plummer** | Date **06/17/24** | Check ☒ if self-employed | PTIN **P01729751** |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Firm's name **Dean Plummer LLC** | | | Firm's EIN **83-2984807** |
| | Firm's address **5940 South Rainbow Blvd. Las Vegas, NV      89118** | | | Phone no. **702-835-9265** |

For Paperwork Reduction Act Notice, see separate instructions.          Form **1065** (2023)

DAA

VARALUZLLC 06/17/2024 6:23 PM

Form 1065 (2023)  VARALUZ, LLC                                    11-3793709                        Page **2**

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other: | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership .................................................. | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................. | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ............................. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............... | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy all **four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 .................................................. | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? ......................... | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ................................................. | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ................................................. | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country _____ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions .................................. | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election _____ ................................................. | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions ............... | | X |

DAA                                                                          Form **1065** (2023)

VARALUZLLC 06/17/2024 6:23 PM

| Form 1065 (2023)  VARALUZ, LLC | 11-3793709 | | Page **3** |
|---|---|---|---|

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **c** | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions ........................................ |  | X |
| **d** | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions ........................... |  | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ...................................................................... ☐ |  |  |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ................................................................................. |  | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ........ **0** |  |  |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ....................................... |  | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ...................................................................................................... **0** |  |  |
| **16a** | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ................... | X |  |
| **b** | If "Yes," did you or will you file required Form(s) 1099? ............................................................. | X |  |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return .................................................................................................. **0** |  |  |
| **18** | Enter the number of partners that are foreign governments under section 892 ...................................... **0** |  |  |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ................. |  | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the instructions for Form 8938 ......................................................................................................... |  | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? .................. |  | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions ...................................................... If "Yes," enter the total amount of the disallowed deductions .................................. $ _____ |  | X |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ............................................................. | X |  |
| **24** | Does the partnership satisfy one or more of the following? See instructions ........................................ |  | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. |  |  |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. |  |  |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? .................................. If "Yes," enter the amount from Form 8996, line 15 ................................. $ _____ |  | X |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........................................ **0** Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. |  |  |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ................................................................. |  | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: _____ By vote: _____ By value: _____ |  | X |
| **29** | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions)? |  |  |
| **a** | Under the applicable foreign corporation rules? .................................................................... |  | X |

Form **1065** (2023)

DAA

VARALUZLLC 06/17/2024 6:23 PM

| Form 1065 (2023) VARALUZ, LLC | | 11-3793709 | | Page 4 |
|---|---|---|---|---|

| | **Schedule B** Other Information *(continued)* | Yes | No |
|---|---|---|---|
| b | Under the covered surrogate foreign corporation rules? ........................................................................ | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the | | |
| | Instructions for Form 7208. | | |
| 30 | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or | | |
| | services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See | | |
| | instructions ........................................................................................................................................ | | X |
| 31 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, | | |
| | line 3 .............................................................................................................................................. | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | Ronald Henderson | | |
|---|---|---|---|
| U.S. address of PR | 4112 GLENFIELD CIRCLE<br>Las Vegas                NV   89129 | U.S. phone number of PR | 702-525-9218 |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2023)

DAA

VARALUZLLC 06/17/2024 6:23 PM

Form 1065 (2023)   **VARALUZ, LLC**                           11-3793709                    Page **5**

## Schedule K    Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 23) | **1** | −544,318 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | 3a | Other gross rental income (loss) ............ **3a** | | |
| | b | Expenses from other rental activities (attach statement) **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Guaranteed payments:  a Services **4a**  b Capital **4b** | | |
| | | c Total. Add lines 4a and 4b | **4c** | |
| | 5 | Interest income | **5** | |
| | 6 | Dividends and dividend equivalents:  a Ordinary dividends | **6a** | |
| | | b Qualified dividends **6b**      c Dividend equivalents **6c** | | |
| | 7 | Royalties | **7** | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | b | Collectibles (28%) gain (loss) **9b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | 11 | Other income (loss) (see instructions) Type: | **11** | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | **12** | 0 |
| | 13a | Cash contributions                        **See Statement 2** | **13a** | 19,720 |
| | b | Noncash contributions | **13b** | |
| | c | Investment interest expense | **13c** | |
| | d | Section 59(e)(2) expenditures:(1) Type:              (2) Amount: | **13d(2)** | |
| | e | Other deductions (see instructions) Type: | **13e** | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | **14a** | −544,318 |
| | b | Gross farming or fishing income | **14b** | |
| | c | Gross nonfarm income | **14c** | 4,176,554 |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | b | Low-income housing credit (other) | **15b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | d | Other rental real estate credits (see instructions)     Type: | **15d** | |
| | e | Other rental credits (see instructions)                 Type: | **15e** | |
| | f | Other credits (see instructions)                        Type: | **15f** | |
| **Inter-national** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | **17a** | |
| | b | Adjusted gain or loss | **17b** | |
| | c | Depletion (other than oil and gas) | **17c** | |
| | d | Oil, gas, and geothermal properties–gross income | **17d** | |
| | e | Oil, gas, and geothermal properties–deductions | **17e** | |
| | f | Other AMT items (attach statement) | **17f** | |
| **Other Information** | 18a | Tax-exempt interest income | **18a** | |
| | b | Other tax-exempt income | **18b** | |
| | c | Nondeductible expenses                    **See Statement 3** | **18c** | 41,130 |
| | 19a | Distributions of cash and marketable securities | **19a** | |
| | b | Distributions of other property | **19b** | |
| | 20a | Investment income | **20a** | |
| | b | Investment expenses | **20b** | |
| | c | Other items and amounts (attach statement)   **See Statement 4** | | |
| | 21 | Total foreign taxes paid or accrued | **21** | |

Form **1065** (2023)

DAA

VARALUZLLC 06/17/2024 6:23 PM

Form 1065 (2023) **VARALUZ, LLC**         11-3793709         Page **6**

## Analysis of Net Income (Loss) per Return

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21   **1** | | | | | **-564,038** |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | -564,038 | | | | |
| b Limited partners | | | | | | |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 255,360 | | 58,405 |
| 2a | Trade notes and accounts receivable | 316,896 | | 220,595 | |
| b | Less allowance for bad debts | 12,636 | 304,260 | 8,824 | 211,771 |
| 3 | Inventories | | 1,356,469 | | 1,372,591 |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 583,103 | | 587,093 | |
| b | Less accumulated depreciation | 308,373 | 274,730 | 317,977 | 269,116 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement)   See Stmt 5 | | 271,287 | | 73,836 |
| 14 | Total assets | | 2,462,106 | | 1,985,719 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 1,372,445 | | 1,540,840 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement)   See Stmt 6 | | 71,431 | | 199,188 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 395,481 | | 643,433 |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement)   See Stmt 7 | | 702,821 | | 251,639 |
| 21 | Partners' capital accounts | | -80,072 | | -649,381 |
| 22 | Total liabilities and capital | | 2,462,106 | | 1,985,719 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note: The partnership may be required to file Schedule M-3. See instructions.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -648,057 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ ............................. | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $ ............................. | |
| a | Depreciation $ ........... 42,889 | | | | |
| b | Travel and entertainment $ ....... 5,271 | | | | |
| | See Statement 8 ........... 35,859 | | 8 | Add lines 6 and 7 ............................. | |
| | | 84,019 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -564,038 |
| 5 | Add lines 1 through 4 | -564,038 | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -80,072 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases | |
| 3 | Net income (loss) (see instructions) | -569,309 | | (itemize): ............................. | |
| 4 | Other increases (itemize): ............................. | | | | |
| | | | 8 | Add lines 6 and 7 ............................. | |
| 5 | Add lines 1 through 4 | -649,381 | 9 | Balance at end of year. Subtract line 8 from line 5 | -649,381 |

DAA         Form **1065** (2023)

VARALUZLLC 06/17/2024 6:23 PM

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| VARALUZ, LLC | 11-3793709 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 1,356,469 |
| 2 | Purchases | **2** | 1,709,519 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)　　　　　See Statement 9 | **5** | 390,262 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 3,456,250 |
| 7 | Inventory at end of year | **7** | 1,372,591 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 2,083,659 |

9a Check all methods used for valuing closing inventory:
- (i) ☒ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶ ................................................

b Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................ ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ........................................................ | **9d** | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ........ ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ........................................................ ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see instructions.　　　　　　　　　　　　　　　Form **1125-A** (Rev. 11-2018)

DAA

VARALUZLLC 06/17/2024 6:23 PM

| SCHEDULE B-1<br>(Form 1065)<br><br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or<br>More of the Partnership<br>▶ Attach to Form 1065.<br>▶ Go to *www.irs.gov/Form1065* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership<br>VARALUZ, LLC | Employer Identification number (EIN)<br>11-3793709 |
|---|---|

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| RON HENDERSON | ▬▬▬ | United States | 78.539500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.          Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

VARALUZLLC 06/17/2024 6:23 PM

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) **Attach to your tax return.** Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | **2023** Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| VARALUZ, LLC | 11-3793709 |

Business or activity to which this form relates

Form 1065, Page 1

## Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see Instructions) | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see Instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see Instructions) | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 3,192 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 6,252 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

### Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | 798 | 5.0 | HY | 200DB | 160 |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 9,604 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate Instructions.**

DAA

There are no amounts for Page 2

Form **4562** (2023)

VARALUZLLC 06/17/2024 6:23 PM

| Schedule **K** | **Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning _____ , and ending _____ | |

| Partnership Name | Employer Identification Number |
|---|---|
| **VARALUZ, LLC** | **11-3793709** |

| | **Activity Description** | **Pass-through Entity EIN** | **Aggr. Number** | **SSTB** | **PTP** |
|---|---|---|---|---|---|
| Column A ............ | **Form 1065, Page 1** | | | | |
| Column B ............ | | | | | |
| Column C ............ | | | | | |
| Column D ............ | | | | | |
| Column E ............ | | | | | |

| | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -544,318 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 691,755 | | | | |
| **Qualified property** | 460,482 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**Page 1 of 1**

VARALUZLLC 06/17/2024 6:23 PM

**Partner# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2023, or tax year beginning          , and ending | **2023** |
|---|---|---|

| Partnership Name **VARALUZ, LLC** | Employer Identification Number **11-3793709** |
|---|---|
| Partner's Name **ROMMEL BUNDALIAN** | Taxpayer Identification Number **Applied For** |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Form 1065, Page 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP Items:** | | | | | |
| Ordinary business income (loss) | –55,685 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 70,768 | | | | |
| **Qualified property** | 47,109 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

VARALUZLLC 06/17/2024 6:23 PM

**Partner# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2023, or tax year beginning _____ , and ending _____ | **2023** |
|---|---|---|

| Partnership Name<br>**VARALUZ, LLC** | Employer Identification Number<br>**11-3793709** |
|---|---|
| Partner's Name<br>**RON HENDERSON** | Taxpayer Identification Number |

## Schedule K-1, Box 20, Code Z - Section 199A Information

|  | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Form 1065, Page 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

|  | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP Items:** | | | | | |
| Ordinary business income (loss) | -427,505 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 543,301 | | | | |
| **Qualified property** | 361,660 | | | | |

**Other Information:**
QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

**Page 1 of 1**

VARALUZLLC 06/17/2024 6:23 PM

**Partner# 3**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning            , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **VARALUZ, LLC** | **11-3793709** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **KELLEE  HAMMOND** | |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Form 1065, Page 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −5,443 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 6,918 | | | | |
| **Qualified property** | 4,605 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

VARALUZLLC 06/17/2024 6:23 PM

**Partner# 4**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning              , and ending              | |

| Partnership Name | Employer Identification Number |
|---|---|
| **VARALUZ, LLC** | **11-3793709** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **HUAN WU** | **Applied For** |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Form 1065, Page 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −55,685 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 70,768 | | | | |
| **Qualified property** | 47,108 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

Page 1 of 1

VARALUZLLC  VARALUZ, LLC
11-3793709
FYE: 12/31/2023

# Federal Statements

6/17/2024  6:23 PM

## Statement 1 - Form 1065, Page 1, Line 21 - Other Deductions

| Description | Amount |
|---|---:|
| Advertising | $ 126,524 |
| Automobile Expense | 24,418 |
| Bank and Credit Card Charges | 13,897 |
| Commission Expense | 428,851 |
| Conferences | 1,767 |
| Continuing Education | 72 |
| Contract Labor | |
| Credit Card Fees | 131,836 |
| Dues & Memberships | 8,359 |
| Insurance | 105,471 |
| Marketing | 117,232 |
| Office Supplies | |
| Postage and Freight | 503,560 |
| Professional Fees | 238,189 |
| Research | 4,890 |
| Selling Expense | |
| Software Support | 150,420 |
| Telephone | 25,958 |
| Trade Show Expenses | 783,182 |
| Travel | 45,591 |
| Utilities | 23,783 |
| Website and Ecommerce Support | 83,865 |
| Workers Compensation | 40,207 |
| Meals (50%) | 5,271 |
| Total | $ 2,863,343 |

1

VARALUZLLC  VARALUZ, LLC
11-3793709
FYE: 12/31/2023

**Federal Statements**

6/17/2024  6:23 PM

**Statement 2 - Form 1065, Schedule K, Line 13a - Cash Contributions**

| Description | 60% | 30% | Total |
|---|---|---|---|
| Charitable Contributions | $ 19,720 | $ | $ 19,720 |
| Total | $ 19,720 | $ 0 | $ 19,720 |

2

| VARALUZLLC  VARALUZ, LLC 11-3793709 FYE: 12/31/2023 | **Federal  Statements** | 6/17/2024  6:23 PM |

### Statement 3 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible  Meals | $        5,271 |
| Health and Wellness | 35,859 |
| Total | $       41,130 |

### Statement 4 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| See  attached  Section  199A  Information  Worksheet | $ |

### Statement 5 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Prepaid  Catalog  Exp | $ | $ |
| Prepaid  inventory | 258,637 | 55,904 |
| Security  Deposits | 12,650 | 17,932 |
| Prepaid  Expense-CSA  Contract | | |
| Prepaid  Returnable  GSP  PI  Dut | | |
| Total | $      271,287 | $       73,836 |

### Statement 6 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Credit  Card  Payable | $ | $      35,575 |
| Commissions  Payable | | |
| Accrued  Payroll | | |
| Warranties  Payable | 39,633 | 33,845 |
| CUSTOMER  DEPOSITS | 31,798 | 129,768 |
| Total | $       71,431 | $      199,188 |

VARALUZLLC  VARALUZ, LLC
11-3793709
FYE: 12/31/2023

**Federal Statements**

6/17/2024  6:23 PM

### Statement 7 - Form 1065, Schedule L, Line 20 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| N/P - Lotterman | $   45,211 | $ |
| La Forge Rossy Loan | 120,687 | |
| Kabbage Loan | 60,000 | 115,540 |
| Kalamata | 476,923 | |
| Meged Funding Group Loan | | 23,841 |
| Alliance Capital | | 25,000 |
| Delta Bridge Funding | | 13,801 |
| Square Advance Loan | | 73,457 |
| Total | $   702,821 | $   251,639 |

### Statement 8 - Form 1065, Schedule M-1, Line 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Health and Wellness | $   35,859 |
| Total | $   35,859 |

7-8

| VARALUZLLC  VARALUZ, LLC<br>11-3793709<br>FYE: 12/31/2023 | **Federal  Statements** | 6/17/2024  6:23 PM |
| --- | --- | --- |

### Statement 9 - Form 1125-A, Line 5 - Other Costs

| Description | | Amount |
| --- | --- | --- |
| Freight and Duties In | $ | 390,262 |
| Total | $ | 390,262 |