GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>    Debtor. | Case No.: 24-13181-hlb<br>Chapter: 11<br><br>Hearing:<br>Date: OST Requested<br>Time: OST Requested |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR CERTAIN FIRST DAY MOTIONS**

  Varaluz, LLC, debtor and debtor-in-possession in the above-captioned proceeding ("Debtor"), by and through its proposed general bankruptcy counsel, the law firm Garman Turner Gordon LLP, has contacted the parties listed below regarding the request for an order shortening time to hear the following:

- *Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 506, and Fed. R. Bankr. P. 4001(b) for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Scheduling a Final Hearing* ("Cash Collateral Motion"); and

- *Debtor's Motion for Entry of an Order: (I) Authorizing Payment of Employee Compensation; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* ("Wages Motion").

. . .

. . .

. . .

The parties agree or disagree to the time being shortened or have not responded as of the submission of this document, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree | No Response |
|---|---|---|---|---|---|
| Brian Shapiro, Subchapter V Trustee | 6/27/24 | Email | X | | |
| Carlos Hernandez-Vivoni, Esq. from the Office of the United States Trustee | 6/27/24 | Email | X | | |
| Susan Chang, Esq., Attorneys for the U.S. Small Business Administration | 6/27/24 | Email | X | | |
| Ariel Bouskila, Esq,. Attorneys for Kalamata Capital Group, LLC | 6/27/24 | Email | | | X |
| Steven Zakharyayev, Esq., Attorneys for White Road Capital | 6/30/24 | Email | | | X |
| David Fogel, Esq., Attorneys for Square Funding Cali LLC | 6/30/24 | Email | | | X |
| Isaac H. Greenfield, Esq., Attorneys for Meged Funding Group Corp. | 6/30/24 | Email | | | X |

Dated this 1st day of July, 2024.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Debtor*