GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>        Debtor(s). | Case No.: 24-13181-HLB<br>Chapter: 11<br><br><u>Interim Hearing:</u><br>Date: July 3, 2024<br>Time: 3:00 p.m.<br><br><u>Final Hearing:</u><br>Date: July 26, 2024<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE**

1. On August 1, 2024, I served the following document(s):

    a.    *Notice of Entry of Final Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 363, and 506, and FED. R. BANKR. P. 4001(b)* — Dkt. No. 40

I served the above-named document(s) by the following means to the persons as listed below:

    ☒    ECF System: See attached ECF Confirmation Sheets.

    ☒    United States Mail, postage fully prepaid: See attached Matrix.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of August, 2024.

                              */s/ Danielle Charlet*
                              Danielle Charlet, an employee of
                              Garman Turner Gordon LLP

**File a Notice:**

[24-13181-hlb VARALUZ, LLC](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: hlb | Case Flag: CH11CRTCOMP, Subchapter_V, PlnDue, BAPCPA |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 8/1/2024 at 10:21 AM PDT and filed on 8/1/2024
**Case Name:** VARALUZ, LLC
**Case Number:** [24-13181-hlb](#)
**Document Number:** [40](#)

**Docket Text:**
Notice of Entry of Order *AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 105, 361, 363, AND 506, AND FED. R. BANKR. P. 4001(b)* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of VARALUZ, LLC (Related document(s)[39] Order on Motion Re: Chapter 11 First Day Motions) (GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2024 0801 NOE Varaluz.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/1/2024] [FileNumber=36015946-0]
[20512fcfd01271d0665d92ad6695bd3f172fda0e13289e5fba336f98abef2b3d6a0b
88e77bd8e7ddd8438abe86a7647740b55bddb6e21e0c7113e317785ee22c]]

**24-13181-hlb Notice will be electronically mailed to:**

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor VARALUZ, LLC
tgray@brg.legal, bknotices@gtg.legal

CARLOS R. HERNANDEZ-VIVONI on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
carlos.hernandez-vivoni@usdoj.gov

TERESA M. PILATOWICZ on behalf of Debtor VARALUZ, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Plaintiff VARALUZ, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, nv22@ecfcbis.com;kristin@trusteeshapiro.com;carolyn@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**24-13181-hlb Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810

```
Label Matrix for local noticing          AMERICAN EXPRESS NATIONAL BANK           VARALUZ, LLC
0978-2                                   Zwicker & Associates, P.C.               4445 HARMON COVE COURT, SUITES 4-6
Case 24-13181-hlb                        80 Minuteman Road                        LAS VEGAS, NV 89103-4005
District of Nevada                       P.O. Box 9043
Las Vegas                                Andover, MA 01810-0943
Thu Aug  1 09:42:34 PDT 2024

United States Bankruptcy Court           A502 Elite                               AFCO
300 Las Vegas Blvd., South               Elite Sales Group/Luxeco                 Atn: Managing Member or Bankruptcy Dept
Las Vegas, NV 89101-5833                 Attn: Managing Member or Bankruptcy Dept 150 N. Field Dr., Ste. 190
                                         3301 Hickory Ridge                       Lake Forest, IL 60045-2594
                                         Edmond, OK 73013-8030

AUSPI Group LLC                          Accessories Resource Team, Inc.          Alliance Caipital US LLC
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept
417 South Associate Rd., #102            PO Box 31813                             1225 Franklin Ave., Ste. 325
Brea, CA 92821-5802                      Charlotte, NC 28231-1813                 Garden City, NY 11530-1693


Alliance Capital US LLC                  Amber Tubbs                              American Express Black Corporate
Attn: Managing Member or Bankruptcy Dept 831 Garden Breeze Way                    Acct No xxx5550
1377 Motor Pkwy., Ste. LL-5              Las Vegas, NV 89123-3648                 Attn Managing Member or Bankruptcy Dept
Hauppauge, NY 11749-5258                                                          200 Vesey St.
                                                                                  New York, NY 10285-1000

American Express Business Line of Credit American Express National Bank           American Express National Bank, AENB
Acct No xx6417                           Attn: Managing Member or Bankruptcy Dept c/o Zwicker and Associates, P.C.
Attn: Managing Member or Bankruptcy Dept c/o CT Corporation System                Attorneys/Agents for Creditor
PO Box570622                             28 Liberty Street                        P.O. Box 9043
Atlanta, GA 30357-3110                   New York, NY 10005-1400                  Andover, MA 01810-0943

American Express Skymiles Reserve Purp   American Lighting Association            Andmore
Acct No xxx5560                          Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept
Attn Managing Member or Bankruptcy Dept  2050 N Stemmons Freeway, Unit 100        c/o International Market Centers LP
200 Vesey Streeet                        Dallas, TX 75207-3204                    475 S. Grand Central Parkway #1615
New York, NY 10281-5525                                                           Las Vegas, NV 89106-4552

Angela Smith                             Ariel Bouskila                           Brad Buntz
5549 Belmont Drive, Apt. 203             1545 Route 202 Suite 101                 100 E Main Street
Winston Salem, NC 27106-6534             Pomona, NY 10970-2951                    Robins, IA 52328-9792


Bradley Personnel, Inc.                  CCA Global Partners                      CCA Global Partners
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept Attn: Tom Mazzarese
41 S Talbert St.                         PO Box 538030                            4301 Earth City Expressway
Lexington, NC 27292-4025                 Atlanta, GA 30353-8030                   Earth City, MO 63045-1334


CCA Global Partners, Inc.                CCA Global Partners, Inc.                CSA Group International
Attn: Bob Wilson                         Attn: In-house Counsel                   Attn: Managing Member or Bankruptcy Dept
4301 Earth City Expressway               4301 Earth City Expressway               PO Box 74008295
St. Louis, MO 63045-1334                 St. Louis, MO 63045-1334                 Chicago, IL 60674-8295


CSR Associates                           Carolina Fixture Sales, Inc.             (p)CLOUDFUND LLC
Attn: Managing Member or Bankruptcy Dept Attn: Managing Member or Bankruptcy Dept 400 RELLA BOULEVARD SUITE 165-101
5315 N. Pennsylvania St.                 1310 S Tryon St., #107                   SUFFERN NY 10901-4241
Indianapolis, IN 46220-3058              Columbia, SC 29203
```

| | | |
|---|---|---|
| Cloudfund LLC<br>Attn: Vadim Serebro, Esq.<br>Max Rcovery Group LLC<br>55 Broadway, 3rd Floor<br>New York, NY 10006-3757 | Cohen Scalia Agency<br>Attn: Managing Member<br>7465 Trans Canada West<br>St. Laurent QC H4T1T3<br>Canada | Dallas Market Center<br>WTC-Trade Mart 2015,LP<br>Attn: Managing Member or Bankruptcy Dept<br>PO Box 845467<br>Dallas, TX 75284-5467 |
| Daniel Rodriguez<br>1 Yew Street<br>Las Vegas, NV 89110 | (p)NEVADA DETR<br>500 E THIRD ST<br>CARSON CITY NV 89701-4772 | DesignMYX<br>Attn: Managing Member or Bankruptcy Dept<br>11684 Ventura Blvd., #861<br>Studio City, CA 91604-2699 |
| Dunn Lighting Sales<br>Attn: Managing Member or Bankruptcy Dept<br>765 SE Cedar Falls Way<br>North Bend, WA 98045-9162 | Dustin Walker<br>2804 Edge Rock Circle<br>Las Vegas, NV 89117-0608 | Elight<br>BrandJump LLC<br>Attn: Managing Member or Bankruptcy Dept<br>21550 Oxnard St., 3rd Flr.<br>Woodland Hills, CA 91367-7105 |
| Elite Lighting - Rick Taylor &<br>Julie Jenkins<br>Attn: Managing Member or Bankruptcy Dept<br>553 Rita Place<br>Castle Rock, CO 80108-3419 | Estrin Calabrese Sales<br>Attn: Managing Member or Bankruptcy Dept<br>17 S Main Street, Ste. 3<br>Manville, NJ 08835-1966 | Eurie Creative<br>Attn: Managing Member or Bankruptcy Dept<br>633 S 4th Street, Ste. 9<br>Las Vegas, NV 89101-6631 |
| Eurie Creative, Inc.<br>633 S 4th St<br>Suite 9<br>Las Vegas, NV 89101-6631 | FedEx Ground and Parcel<br>Attn: Managing Member or Banruptcy Dept<br>PO Box 7221<br>Pasadena, CA 91109-7321 | FedExTrade Networks CANADA<br>Attn: Managing Member or Bankruptcy Dept<br>Box 916200, PO Box 4090, Station A<br>Toronto ON M5W 0E9<br>Canada |
| Framburg<br>Lighting Resource Group<br>Attn: Managing Member or Bankruptcy Dept<br>2341 Trillium Lane<br>Naperville, IL 60565-5212 | Global Merchant Cash<br>Attn: Legal Dept. or President<br>30 Broad Street, 14th Flr.<br>New York, NY 10004-2906 | IVG Lighting<br>Attn: Managing Member or Bankruptcy Dept<br>1636 Savage Drive<br>Plano, TX 75023-1831 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | International Market Centers<br>Attn: Legal and Lease Admin<br>240 Peachtree StreetNW, Ste. 2200<br>Atlanta, GA 30303-1327 | Iternational Market Centers 204<br>305 W. High Avenue<br>High Point, NC 27260-4950 |
| J Wilson Sales, Inc.<br>Attn: Jimmy Wilson<br>295 Matterhorn Dr.<br>Park City, UT 84098-5229 | Jeremy Hamilton<br>8828 Quail Country Way<br>Apt. 27 103<br>Las Vegas, NV 89117-3477 | John Howard<br>Agency 51 LLC<br>Attn: Managing Member or Bankruptcy Dept<br>4783 Capital Dr.<br>Lake Worth, FL 33463-8186 |
| Jorge Hernandez<br>4112 Glenfield Cir.<br>Las Vegas, NV 89129-6546 | Jorge Hernandez Carillo<br>4112 Glenfield Circle<br>Las Vegas, NV 89129-6546 | Justin Seria<br>175 Coyote Hills Street<br>Henderson, NV 89012-6003 |
| Kalamata  Capital  Group,  LLC<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 | Kalamata Capital Group, LLC<br>Attn: Ariel Bouskila, Esq.<br>Berkovitch & Bouskila, PLLC<br>1545 U.S. 202, Ste. 101<br>Pomona, NY 10970-2951 | Kalamata Capital Group, LLC<br>Attn: Managing Member or Bankruptcy Dept<br>1 Blue Hill Plaza<br>Lobby Level #1509<br>Pearl River, NY 10965-3165 |

Kellee Hammond
1109 Clubview Court
Monroe, GA 30655-2065

Kellee Hollenback-Hammond
1109 Clubview Court
Monroe, GA 30655-2065

Kornblatt and Associates, LLC
Attn: Managing Member or Bankruptcy Dept
114 Bergerville Rd.
Freehold, NJ 07728-8518

Langlais Group, Inc.
Attn: Managing Member or Bankruptcy Dept
11 Sea Pave Rd.
South Windsor, CT 06074-4156

Lejend Marketing
BLJ Solutions
Attn: Managing Member or Bankruptcy Dept
27070 88 Ave.
Langley BC V1M 3L8   Canada

Light Inc.
Jeff Skippon
J2MK dba Light LLC
2421 W. 205th Street, Ste. D-107
Torrance, CA 90501-1462

LightIng Vision
Attn: Managing Member or Bankruptcy Dept
6461 S Sedalia
Aurora, CO 80016-3163

Lighting Group Utah Inc.
Attn: Managing Member or Bankruptcy Dept
12272 S 800 E
Suite C
Draper, UT 84020-9776

Lillian Apodaca
6767 W Windmill Lane #2090
Las Vegas, NV 89139-6509

Lisa Dearmon
1801 Little Bow Ave.
North Las Vegas, NV 89084-2004

Luz Carrillo
4112 Glenfield Circle
Las Vegas, NV 89129-6546

MTS Logistics Inc.
Attn: Managing Member or Bankruptcy Dept
5 West 37th Street, Ste. 300
New York, NY 10018-5352

Maria Davalos Torres
4112 Glenfield Circle
Las Vegas, NV 89129-6546

Marilyn Vazquez Femenias
11041 Leadwell Street
Los Angeles, CA 91352-5047

Martin Design Group
Attn: Managing Member or Bankruptcy Dept
3876 Thunderbolt Lane
Pacific, MO 63069-2501

Meredith Corp
Attn: Managing Member or Bankruptcy Dept
PO Box 730148
Dallas, TX 75373-0148

Merged Funding  Group Corp.
Attn: Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste 305
Suffern, NY 10901-8219

Merged Funding Group Corp.
Attn: Managing Member or Bankruptcy Dept
1 Princeton Ave.
Brick, NJ 08724-3515

Mitchell Winston
2020 Old Prescott Ct.
Richmond, VA 23238-3532

NACM Commercial Services
Attn: Managing Member or Bankruptcy Dept
606 N Pines, Ste. 102
Spokane, WA 99206-6711

Netsuite - Oracle America, Inc.
Attn: Managing Member or Bankruptcy Dept
Bank of America Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693-0001

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

Pacific Lifeforce Sales LLC
Attn: Managing Member or Bankruptcy Dept
20381 Lake Forest Dr., Ste. B-18
Lake Forest, CA 92630-8109

Plotline Online
Attn: Maureen Olson
11117 Stanley Ave. S.
Bloomington, MN 55437-3311

ProductCare
Attn: Managing Member or Bankruptcy Dept
420-2238
Youkon Street
Vancouver BC V5Y 3P2

Richard Alan & Associates
Attn: Managing Member or Bankruptcy Dept
232 Gruene Trail
Allen, TX 75002-7583

Rommel Bundalian Designs
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009
Philippines

Ronald Henderson
4112 Glenfield Circle
Las Vegas, NV 89129-6546

Rossy Wu Bundalian
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009
Philippines

Ryan Davidson Sales
Attn: Managing Member or Bankruptcy Dept
3030 Virginia St.
Miami, FL 33133-4524

```
SBA U.S. Small Business Administration      Schnitzer Properties                        Smithsonian Consumer Licensing
Attn: Managing Member or Bankruptcy Dept    Attn: Managing Member or Bankruptcy Dept    Attn: Managing Member or Bankruptcy Dept
409 3rd St., SW                             3111 South Valley View Blvd., Ste. K101     PO Box 418813
Washington, DC 20416-0002                   Las Vegas, NV 89102-8337                    Boston, MA 02241-8813


Social Security Administration              Spacial EFX                                 Spectra Marketing Group
Office of General Counsel                   Attn: Managing Member or Bankruptcy Dept    Attn: Managing Member or Bankruptcy Dept
Office of Program Litigation Attn: BK       2820 Shearwater Lane                        200 Davis Dr.. Unit 9
6401 Security Blvd.                         Frederick, MD 21701-1976                    Newmarket, ON ON L3Y 2N4
Baltimore, MD 21235-0001                                                                Canada


Square Funding Cali LLC                     Square Funding Cali LLC                     Starry Lights LLC
Attn: David Fogel, Esq.                     Attn: Managing Member or Bankruptcy Dept    Attn: Jerry R. Starry
1225 Franklin Ave., Ste. 201                90 E Halsey Rd.                             200 Fennel St.
Garden City, NY 11530-1890                  Parsippany, NJ 07054-3713                   New Alexandria, PA 15670-3002


Super Cat Solutions                         TOPS Lighting                               Tennessee Lighting Sales
Attn: Managing Member or Bankruptcy Dept    Huaihua Qianyang International Trade Co.    Attn: Brian Thomas, LW Carter
PO Box 8098                                 No. 6, Zhongtai West Road, Hetang Town      2730 Larmon Ave.
Wilson, NC 27893-1098                       Pengijang District Jiangmen                 Nashville, TN 37204-2823
                                            China


The Carlson Group                           The Midwest LightingGroup                   The Oliver Group Canada Ltd.
Attn: Managing Member or Bankruptcy Dept    Attn: Managing Member or Bankruptcy Dept    Attn: Managing Member or Bankruptcy Dept
123 Conductor Way                           6070 Oak Drive                              239 Denney Drive
Folsom, CA 95630-8021                       Demotte, IN 46310-8076                      Angus ON L0M 1B1
                                                                                        Canada


(p)U S  SMALL BUSINESS ADMINISTRATION       U.S. TRUSTEE - LV - 11                     United States Attorney's Office
312 N SPRING ST 5TH FLOOR                   300 LAS VEGAS BOULEVARD S.                  District of Nevada
LOS ANGELES CA 90012-4701                   SUITE 4300                                  501 Las Vegas Blvd. South, Ste. 1100
                                            LAS VEGAS, NV 89101-5803                    Las Vegas, NV 89101-6521


United States Trustee                       VPI/ La Forge Lighting and Furniture Inc    Vince Hall & Associates
300 Las Vegas Blvd. South, #4300            Building 14, Berthaphil #1 Compound         Attn: Vince Hall
Las Vegas, NV 89101-5803                    Jose Abad Santos Ave Clakr Freeport Zone    2012 Fern Mountain Lane
                                            Pampanga PH 2009                            Marietta, GA 30064-3311
                                            Philippines


Vincent Ingato Sales                        WTC-Trade Mart 2015, L.P.                   Wells Fargo
Attn: Managing Member or Bankruptcy Dept    Market Center Management Company, Ltd.      Acct No 44896324
2514 Peachtree Drive                        Attn Managing Member or Bankruptcy Dept     Writs and Levies Dept. D1111-01A
Perkasie, PA 18944-5458                     2100 Stemmons Freeway                       Attn: Operation Mgr -Legal Order Process
                                            Dallas, TX 75207-3047                       PO Box 1416
                                                                                        Charlotte, NC 28201-1416


White Road Capital LLC dba GFE Holdings     White Road Capital LLC dba GFE Holdings     York Sales LLC
Attn: Managing Member or Bankruptcy Dept    Attn: Steven Zakharyayev, Esq.              Attn: Kelly York
27-01 Queens Plaza North, Ste. 802          10 W 37th Street, RM 602                    701 Bardfield Ave.
Long Island City, NY 11101-4020             New York, NY 10018-7473                     Garland, TX 75041-5128


BRIAN D. SHAPIRO                            TALITHA B. GRAY KOZLOWSKI                   TERESA M. PILATOWICZ
510 S. 8TH STREET                           BANKRUPTCY RECOVERY GROUP, LLC              GARMAN TURNER GORDON
LAS VEGAS, NV 89101-7003                    7251 AMIGO ST, STE 210                      7251 AMIGO STREET, SUITE 210
                                            LAS VEGAS, NV 89119-4302                    LAS VEGAS, NV 89119-4302
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cloudfund LLC
Attn: Managing Member or Bankruptcy Dept
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Office of General Counsel
312 N. Spring Street, 5th Flr.
Los Angeles, CA 90012


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Rommel Bundalian Designs
Attn: Managing Member or Bankruptcy Dept
Bldg. #14, Berthaphil 1 Compound
Jose Abad Santos Ave.
Clark Freeport Zone, Clark Pampanga 2009

End of Label Matrix
Mailable recipients    119
Bypassed recipients      1
Total                  120