GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>VARALUZ, LLC,<br><br>Debtor. | CASE No. 24-13181-hlb<br><br>Chapter 11<br><br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending |
|---|---|

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION PURSUANT TO FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE SETTLEMENT BETWEEN VARALUZ, LLC AND KALAMATA CAPITAL GROUP, LLC, STEVEN MANDIS, CONNOR PHILLIPS, AND BRANDON LAKS**

Varaluz, LLC ("Debtor"), by and through its proposed bankruptcy counsel, the law firm Garman Turner Gordon LLP, has contacted the parties listed below regarding the request for an order shortening time to hear its *Motion Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlement Between Varaluz, LLC and Kalamata Capital Group, LLC, Steven Mandis, Connor Phillips, and Brandon Laks* (the "Motion").

The parties agree or disagree to the time being shortened or have not responded as of the submission of this document, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree | No Response |
|---|---|---|---|---|---|
| Brian Shapiro, Subchapter V Trustee | 8/9/2024 | E-mail | X | | |

| Name | Date Contacted | Form of Contact | Agree | Disagree | No Response |
|---|---|---|---|---|---|
| Carlos Hernandez-Vivoni, Esq. from the Office of the United States Trustee | 8/9/2024 | E-mail | X | | |
| Ariel Bouskila, Esq,. Attorneys for Kalamata Capital Group, LLC | 8/9/2024 | E-mail | X | | |

Dated this 9th day of August, 2024.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Debtor*