

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 09, 2024

_____

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: 24-13181-hlb |
|---|---|
| VARALUZ, LLC, | Chapter: 11 |
| Debtor, | Date: August 28, 2024<br>Time: 2:30 p.m. |

**ORDER APPROVING THE EMPLOYMENT OF
<u>GARMAN TURNER GORDON LLP AS ATTORNEYS FOR DEBTOR</u>**

Varaluz, LLC filed its *Application for Order Approving the Employment of Garman Turner Gordon LLP as Attorneys for Debtor* [ECF No. 26] (the "<u>Application</u>"),[1] which came on for hearing before the above-captioned Court on August 28, 2024, at 2:30 p.m. All appearances were duly noted on the record at the hearing on the Application.

The Court having reviewed the Application, the supporting declarations of Ronald Henderson and Talitha Gray Kozlowski, and all matters submitted therewith, as well as all

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

opposition papers; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

    1.    The Application is GRANTED.

    2.    Varaluz, LLC is hereby authorized to retain Garman Turner Gordon LLP ("GTG") pursuant to Sections 327(a) (and not Section 328) and subject to the terms of the Engagement Agreement, as its bankruptcy counsel to perform the services set forth in the Application.

    3.    GTG shall be compensated for the services described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable procedures and orders of the Court. For the avoidance of doubt, GTG may seek compensation from the petition date forward.

**IT IS SO ORDERED.**

Prepared and Submitted By:

GARMAN TURNER GORDON LLP

By: /s/ *Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Debtor*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Carlos R. HernandezVivoni, Esq.         APPROVED
*Attorneys for Office of the*
*United States Trustee for Region 17*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000