GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>        Debtor, | Case No.: 24-13181-hlb<br>Chapter:   11<br><br><br>Hearing Date:  November 6, 2024<br>Hearing Time: 2:30 p.m. |

**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE SETTLEMENT BETWEEN VARALUZ, LLC AND MEGED FUNDING GROUP CORP., MOSHE LUDMIR AKA MOSHE LUD, AND MARC ZIMBERG**

      **NOTICE IS HEREBY GIVEN** that the *Motion Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlement Between Varaluz, LLC and Meged Funding Group Corp., Moshe Ludmir aka Moshe Lud, and Marc Zimberg* (the "Motion")[1] was filed by Varaluz, LLC (the "Debtor") in the above-captioned case.  Through the Motion, the Debtor requests the Court enter an order approving the Settlement Agreement, substantially in the form attached as Exhibit 2 to the Motion.

      **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).   The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that copies of the Motion and any supporting declarations are available by contacting Talitha Gray Kozlowski, Esq. at the email address set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **November 6, 2024, at the hour of 2:30 p.m.** Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 160 532 0260 and entering access code or passcode 643758#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 13th day of September, 2024.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Debtor*