# EXHIBIT 1

# EXHIBIT 1

Exhibit "1"
Liquidation Analysis

| Current Assets | | | % Recovery |
|---|---|---|---|
| Liquidation value of inventory (note 1) | | $209,359.07 | |
| Liquidation value of other assets identified on schedules | | $50,000.00 | |
| Estimated unencumbered cash | | $10,000.00 | |
| | | $269,359.07 | |

| Payment of Claims | Est. Claim | | |
|---|---|---|---|
| **Secured Claims** | | | |
| Class 2 - SBA Loan | $145,835.46 | | |
| | $145,835.46 | | 100.00% |
| *Net Liquidation Value After Distribution of Value of to Secured Claims* | | $123,523.61 | |
| **Administrative Claims** | | | |
| Estimated Trustee Fees (Chapter 7) | $19,334.44 | | |
| Theoretical Chapter 7 Professional Fees and Expenses | $40,000.00 | | |
| Chapter 11 Administrative Expenses | $125,000.00 | | |
| | $184,334.44 | -$60,810.83 | 67% |
| *Net Liquidation Value After Distribution to Administrative Claims* | | $0.00 | |
| **Priority Claims** | | | |
| Class 2 - Priority Unsecured Claims | $172,614.28 | | |
| Priority Tax Claims | $0.00 | | |
| | $172,614.28 | $0.00 | 0% |
| **Unsecured Claims** | | | |
| Class 3: Cure Claims | $172,341.40 | | |
| Class 4: General Unsecured Claims | $1,473,898.89 | | |
| | $172,341.40 | $0.00 | 0% |
| **Equity Securities** | | | |
| Class 5: Equity Interests | | | 0% |

\* For purposes of this Chapter 7 Liquidation Analysis, it is assumed hypothetically that the Plan could not ultimately be confirmed at the Confirmation Hearing and, on or about November 31, 2024 (the "Conversion Date"), the Chapter 11 Case is converted to a proceeding under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"). In connection with the hypothetical commencement of the Chapter 7 Case, it is assumed that on or about the Conversion Date, a Chapter 7 trustee is appointed to, among other things, manage the liquidation process, complete a claims analysis, defend against causes of action and/or claims asserted against Debtor, and distribute liquidation proceeds and other assets ultimately realized in accordance with the priorities established by the Bankruptcy Code. This Chapter 7 Liquidation Analysis should be read in conjunction with the Disclosure Statement and all undefined, capitalized terms shall have the meaning ascribed to them in the Disclosure Statement and Plan.

Note 1: On the Petition Date, Debtor scheduled its lighting inventory as having a book value of $1,443,855.67. In the event of a Chapter 7 liquidation, it is likely that Debtor's inventory would be sold in bulk at an auction. Based on Debtor and its counsel's experience with similar auctions, as well as the price Debtor obtains when liquidating inventory on clearance, Debtor expects that an auction would produce a sale price of no more than 10% - 20% of the book value of the inventory, resulting in estimated sale proceeds ranging from $144,385.57 to $288,771.13. Auction fees range from 20% to 35% of the sale proceeds. Debtor has assumed an auction fee in the middle at 27.5%. After reducing the 27.5% auction fee from the estimated sale proceeds, the range of net sale proceeds is $104,679.54 to $209,359.07. For the liquidation analysis, Debtor has used the higher end of the range.