# EXHIBIT 2

# EXHIBIT 2

| Varaluz, LLC - 3 Year Net Projected Income | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-25 | Feb-25 | Mar-25 | | Apr-25 | May-25 | Jun-25 | | Jul-25 | Aug-25 | Sep-25 | | Oct-25 | Nov-25 | Dec-25 |
| **Income Collected** | | | | | | | | | | | | | | | |
| Payments Collected | $ 275,000 | $ 275,000 | $ 300,000 | | $ 300,000 | $ 300,000 | $ 300,000 | | $ 325,000 | $ 325,000 | $ 325,000 | | $ 325,000 | $ 325,000 | $ 240,000 |
| Held_Collections Recovered | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 |
| **Total Monies Collected** | $ 275,000 | $ 275,000 | $ 300,000 | | $ 300,000 | $ 300,000 | $ 300,000 | | $ 325,000 | $ 325,000 | $ 325,000 | | $ 325,000 | $ 325,000 | $ 240,000 |
| **Expenses Paid Total** | | | | | | | | | | | | | | | |
| Payroll | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 |
| LV Warehouse Rent | $ 26,800 | $ 26,800 | $ 26,800 | | $ 26,800 | $ 26,800 | $ 26,800 | | $ 26,800 | $ 26,800 | $ 26,800 | | $ 26,800 | $ 26,800 | $ 26,800 |
| Dal Showroom Rent | $ 11,000 | $ 11,000 | $ 11,000 | | $ 11,000 | $ 11,000 | $ 11,000 | | $ 11,000 | $ 11,000 | $ 11,000 | | $ 11,000 | $ 11,000 | $ 11,000 |
| LV Showroom Rent | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 |
| HP Showroon Rent | $ 7,500 | $ 7,500 | $ 7,500 | | $ 7,500 | $ 7,500 | $ 7,500 | | $ 7,500 | $ 7,500 | $ 7,500 | | $ 7,500 | $ 7,500 | $ 7,500 |
| Showroom Rent Sublet | | | $ (40,000) | | | | | | | | | | $ (40,000) | | |
| NV & County Taxes, Qtrly | $ 4,000 | $ - | $ - | | $ 4,000 | $ - | $ 4,000 | | $ - | $ - | $ 4,000 | | $ - | $ - | $ - |
| Healthplan | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 |
| Dal Show | $ 17,500 | $ 5,000 | $ - | | $ - | $ - | $ 20,000 | | $ 5,000 | $ - | $ - | | $ - | $ - | $ 10,000 |
| HP Show | | | | | $ 15,000 | | | | | | | | $ 15,000 | | |
| LV Show | $ 2,500 | | | | | | | | $ 3,000 | | | | | | |
| FedEx | $ 17,000 | $ 17,000 | $ 18,000 | | $ 18,000 | $ 18,000 | $ 18,000 | | $ 20,000 | $ 20,000 | $ 20,000 | | $ 20,000 | $ 20,000 | $ 15,000 |
| FedEx Frt | $ 17,000 | $ 17,000 | $ 18,000 | | $ 18,000 | $ 18,000 | $ 18,000 | | $ 20,000 | $ 20,000 | $ 20,000 | | $ 20,000 | $ 20,000 | $ 15,000 |
| Bank Card Fees | $ 6,100 | $ 6,100 | $ 6,600 | | $ 6,600 | $ 6,600 | $ 6,600 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 5,300 |
| Bank Fees | $ 700 | $ 700 | $ 800 | | $ 800 | $ 800 | $ 800 | | $ 800 | $ 800 | $ 800 | | $ 800 | $ 800 | $ 600 |
| Insurance | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 |
| NetSuites | $ - | $ - | $ 18,000 | | $ - | $ - | $ - | | $ - | $ 18,000 | $ - | | $ - | $ - | $ 18,000 |
| Utilities | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 |
| Sales & Marketing | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 |
| Discounts | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 |
| Seredipity | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 |
| Smithsonian Royalty | $ 12,000 | | | | $ 12,000 | | $ 12,000 | | | | $ 12,000 | | | | |
| Design Fees | $ 900 | $ 900 | $ 900 | | $ 900 | $ 900 | $ 900 | | $ 1,000 | $ 1,000 | $ 1,000 | | $ 1,000 | $ 1,000 | $ 800 |
| Commissions | $ 10,000 | $ 10,000 | $ 11,000 | | $ 11,000 | $ 11,000 | $ 11,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 9,000 |
| MTS Ctnr Frt & Duties | $ 11,000 | $ 11,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 13,000 | $ 13,000 | $ 13,000 | | $ 13,000 | $ 13,000 | $ 10,000 |
| MySAMM | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 |
| Packaging & Production Mtrls | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 |
| Misc | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 |
| **Expenses Paid Total** | $ 230,690 | $ 204,340 | $ 185,300 | | $ 230,350 | $ 204,000 | $ 234,600 | | $ 216,495 | $ 224,995 | $ 223,295 | | $ 188,445 | $ 209,695 | $ 217,940 |
| **Inventory Purchased** | $ 52,250 | $ 52,250 | $ 57,000 | | $ 57,000 | $ 57,000 | $ 57,000 | | $ 61,750 | $ 61,750 | $ 61,750 | | $ 61,750 | $ 61,750 | $ 45,600 |
| **Total Expenses** | $ 282,940 | $ 256,590 | $ 242,300 | | $ 287,350 | $ 261,000 | $ 291,600 | | $ 278,245 | $ 286,745 | $ 285,045 | | $ 250,195 | $ 271,445 | $ 263,540 |
| **Monthly Net Income** | $ (7,940) | $ 18,410 | $ 57,700 | | $ 12,650 | $ 39,000 | $ 8,400 | | $ 46,755 | $ 38,255 | $ 39,955 | | $ 74,805 | $ 53,555 | $ (23,540) |
| **Quarterly Net Income** | | | | $ 68,170 | | | | $ 60,050 | | | | $ 124,965 | | | |
| **Plan Payments Over 3 Years** | | | | | | | | | | | | | | | |
| Administrative ExpenseClaims | | | $10,000 | | | | $10,000 | | | | $25,000 | | | | $25,000 |
| Secured Claim (SBA) | $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 |
| Cure Claims | | | $25,000 | | | | $25,000 | | | | $35,000 | | | | $35,000 |
| Priority Unsecured Claims | | | $10,000 | | | | $10,000 | | | | $20,000 | | | | $10,000 |
| Unsecured Claims | | | $20,920 | | | | $12,800 | | | | $42,715 | | | | $32,570 |
| **Total Payments** | | | $68,170 | | | | $60,050 | | | | $124,965 | | | | $104,820 |

| | Jan-26 | Feb-26 | Mar-26 | | Apr-26 | May-26 | Jun-26 | | Jul-26 | Aug-26 | Sep-26 | | Oct-26 | Nov-26 | Dec-26 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | $ 275,000 | $ 300,000 | $ 300,000 | | $ 325,000 | $ 325,000 | $ 350,000 | | $ 350,000 | $ 350,000 | $ 375,000 | | $ 375,000 | $ 375,000 | $ 250,000 | |
| | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | |
| | $ 275,000 | $ 300,000 | $ 300,000 | | $ 325,000 | $ 325,000 | $ 350,000 | | $ 350,000 | $ 350,000 | $ 375,000 | | $ 375,000 | $ 375,000 | $ 250,000 | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | |
| | $ 28,000 | $ 28,000 | $ 28,000 | | $ 28,000 | $ 28,000 | $ 28,000 | | $ 28,000 | $ 28,000 | $ 28,000 | | $ 28,000 | $ 28,000 | $ 28,000 | |
| | $ 12,500 | $ 12,500 | $ 12,500 | | $ 12,500 | $ 12,500 | $ 12,500 | | $ 12,500 | $ 12,500 | $ 12,500 | | $ 12,500 | $ 12,500 | $ 12,500 | |
| | $ 5,500 | $ 5,500 | $ 5,500 | | $ 5,500 | $ 5,500 | $ 5,500 | | $ 5,500 | $ 5,500 | $ 5,500 | | $ 5,500 | $ 5,500 | $ 5,500 | |
| | $ 16,000 | $ 16,000 | $ 16,000 | | $ 16,000 | $ 16,000 | $ 16,000 | | $ 16,000 | $ 16,000 | $ 16,000 | | $ 16,000 | $ 16,000 | $ 16,000 | |
| | | | $ (40,000) | | | | | | | | | | $ (40,000) | | | |
| | $ 4,000 | $ - | $ - | | $ 4,000 | $ - | $ 4,000 | | $ - | $ - | $ 4,000 | | $ - | $ - | $ - | |
| | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | |
| | $ 20,000 | $ 5,000 | $ - | | $ - | $ - | $ 20,000 | | $ 5,000 | $ - | $ - | | $ - | $ - | $ 10,000 | |
| | | | | | $ 20,000 | | | | | | | | $ 20,000 | | | |
| | $ 5,000 | | | | | | | | $ 5,000 | | | | | | | |
| | $ 17,000 | $ 18,000 | $ 18,000 | | $ 20,000 | $ 20,000 | $ 21,000 | | $ 21,000 | $ 21,000 | $ 23,000 | | $ 23,000 | $ 23,000 | $ 15,000 | |
| | $ 17,000 | $ 18,000 | $ 18,000 | | $ 20,000 | $ 20,000 | $ 21,000 | | $ 21,000 | $ 21,000 | $ 23,000 | | $ 23,000 | $ 23,000 | $ 15,000 | |
| | $ 6,100 | $ 6,600 | $ 6,600 | | $ 7,200 | $ 7,200 | $ 7,700 | | $ 7,700 | $ 7,700 | $ 8,300 | | $ 8,300 | $ 8,300 | $ 5,500 | |
| | $ 700 | $ 800 | $ 800 | | $ 800 | $ 800 | $ 900 | | $ 900 | $ 900 | $ 900 | | $ 900 | $ 900 | $ 600 | |
| | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | |
| | $ - | $ - | $ 18,000 | | $ - | $ - | $ - | | $ - | $ 18,000 | $ - | | $ - | $ - | $ 18,000 | |
| | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | |
| | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | |
| | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | |
| | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | |
| | $ 12,000 | | | | $ 12,000 | | $ 12,000 | | | | $ 12,000 | | | | | |
| | $ 900 | $ 900 | $ 900 | | $ 1,000 | $ 1,000 | $ 1,100 | | $ 1,100 | $ 1,100 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 800 | |
| | $ 10,000 | $ 11,000 | $ 11,000 | | $ 12,000 | $ 12,000 | $ 13,000 | | $ 13,000 | $ 13,000 | $ 14,000 | | $ 14,000 | $ 14,000 | $ 9,000 | |
| | $ 11,000 | $ 12,000 | $ 12,000 | | $ 13,000 | $ 13,000 | $ 14,000 | | $ 14,000 | $ 14,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 10,000 | |
| | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | |
| | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | |
| | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | | $ 12,000 | $ 12,000 | $ 12,000 | |
| | $ 247,010 | $ 220,320 | $ 197,370 | | $ 252,365 | $ 221,765 | $ 256,360 | | $ 234,260 | $ 241,060 | $ 245,055 | | $ 214,455 | $ 231,455 | $ 230,180 | |
| | | | | | | | | | | | | | | | | |
| | $ 52,250 | $ 57,000 | $ 57,000 | | $ 61,750 | $ 61,750 | $ 66,500 | | $ 66,500 | $ 66,500 | $ 71,250 | | $ 71,250 | $ 71,250 | $ 47,500 | |
| | | | | | | | | | | | | | | | | |
| | $ 299,260 | $ 277,320 | $ 254,370 | | $ 314,115 | $ 283,515 | $ 322,860 | | $ 300,760 | $ 307,560 | $ 316,305 | | $ 285,705 | $ 302,705 | $ 277,680 | |
| | | | | | | | | | | | | | | | | |
| | $ (24,260) | $ 22,680 | $ 45,630 | | $ 10,885 | $ 41,485 | $ 27,140 | | $ 49,240 | $ 42,440 | $ 58,695 | | $ 89,295 | $ 72,295 | $ (27,680) | |
| $ 104,820 | | | | $ 44,050 | | | | $ 79,510 | | | | $ 150,375 | | | | $ 133,910 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | $0 | | | | $25,000 | | | | $30,000 | | | | | |
| | $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 | |
| | | | $30,000 | | | | $25,000 | | | | | | | | | |
| | | | $11,800 | | | | $0 | | | | $40,000 | | | | $40,000 | |
| | | | $0 | | | | $27,260 | | | | $78,125 | | | | $91,660 | |
| | | | **$44,050** | | | | **$79,510** | | | | **$150,375** | | | | **$133,910** | |

| Jan-27 | Feb-27 | Mar-27 | | Apr-27 | May-27 | Jun-27 | | Jul-27 | Aug-27 | Sep-27 | | Oct-27 | Nov-27 | Dec-27 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 325,000 | $ 325,000 | $ 350,000 | | $ 350,000 | $ 350,000 | $ 400,000 | | $ 400,000 | $ 400,000 | $ 400,000 | | $ 400,000 | $ 350,000 | $ 270,000 | | |
| 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| $ 325,000 | $ 325,000 | $ 350,000 | | $ 350,000 | $ 350,000 | $ 400,000 | | $ 400,000 | $ 400,000 | $ 400,000 | | $ 400,000 | $ 350,000 | $ 270,000 | | |
| | | | | | | | | | | | | | | | | |
| $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | $ 67,500 | $ 67,500 | $ 67,500 | | |
| $ 30,000 | $ 30,000 | $ 30,000 | | $ 30,000 | $ 30,000 | $ 30,000 | | $ 30,000 | $ 30,000 | $ 30,000 | | $ 30,000 | $ 30,000 | $ 30,000 | | |
| $ 13,250 | $ 13,250 | $ 13,250 | | $ 13,250 | $ 13,250 | $ 13,250 | | $ 13,250 | $ 13,250 | $ 13,250 | | $ 13,250 | $ 13,250 | $ 13,250 | | |
| $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | |
| $ 17,000 | $ 17,000 | $ 17,000 | | $ 17,000 | $ 17,000 | $ 17,000 | | $ 17,000 | $ 17,000 | $ 17,000 | | $ 17,000 | $ 17,000 | $ 17,000 | | |
| | | $ (40,000) | | | | | | | | | | $ (40,000) | | | | |
| $ 4,000 | $ - | $ - | | $ 4,000 | $ - | $ 4,000 | | $ - | $ - | $ 4,000 | | $ - | $ - | $ - | | |
| $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | $ 7,200 | $ 7,200 | $ 7,200 | | |
| $ 20,000 | $ 5,000 | $ - | | $ - | $ - | $ 20,000 | | $ 5,000 | $ - | $ - | | $ - | $ - | $ 10,000 | | |
| | | | | $ 20,000 | | | | | | | | $ 20,000 | | | | |
| $ 5,000 | | | | | | | | $ 5,000 | | | | | | | | |
| $ 20,000 | $ 20,000 | $ 21,000 | | $ 21,000 | $ 21,000 | $ 24,000 | | $ 24,000 | $ 24,000 | $ 24,000 | | $ 24,000 | $ 21,000 | $ 17,000 | | |
| $ 20,000 | $ 20,000 | $ 21,000 | | $ 21,000 | $ 21,000 | $ 24,000 | | $ 24,000 | $ 24,000 | $ 24,000 | | $ 24,000 | $ 21,000 | $ 17,000 | | |
| $ 7,200 | $ 7,200 | $ 7,700 | | $ 7,700 | $ 7,700 | $ 8,800 | | $ 8,800 | $ 8,800 | $ 8,800 | | $ 8,800 | $ 7,700 | $ 6,000 | | |
| $ 800 | $ 800 | $ 900 | | $ 900 | $ 900 | $ 1,000 | | $ 1,000 | $ 1,000 | $ 1,000 | | $ 1,000 | $ 900 | $ 700 | | |
| $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | $ 4,000 | $ 4,000 | $ 4,000 | | |
| $ - | $ - | $ 18,000 | | $ - | $ - | $ - | | $ - | $ 18,000 | $ - | | $ - | $ - | $ 18,000 | | |
| $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | |
| $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | $ 9,000 | $ 9,000 | $ 9,000 | | |
| $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | $ 15,000 | $ 15,000 | $ 15,000 | | |
| $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | $ 6,000 | $ 6,000 | $ 6,000 | | |
| $ 12,000 | | | | $ 12,000 | | $ 12,000 | | | | $ 12,000 | | | | | | |
| $ 1,000 | $ 1,000 | $ 1,100 | | $ 1,100 | $ 1,100 | $ 1,200 | | $ 1,200 | $ 1,200 | $ 1,200 | | $ 1,200 | $ 1,100 | $ 900 | | |
| $ 12,000 | $ 12,000 | $ 13,000 | | $ 13,000 | $ 13,000 | $ 14,000 | | $ 14,000 | $ 14,000 | $ 14,000 | | $ 14,000 | $ 13,000 | $ 10,000 | | |
| $ 13,000 | $ 13,000 | $ 14,000 | | $ 14,000 | $ 14,000 | $ 16,000 | | $ 16,000 | $ 16,000 | $ 16,000 | | $ 16,000 | $ 14,000 | $ 11,000 | | |
| $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | $ 2,500 | $ 2,500 | $ 2,500 | | |
| $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | $ 500 | $ 500 | $ 500 | | |
| 12,000 | 12,000 | 12,000 | | 12,000 | 12,000 | 12,000 | | 12,000 | 12,000 | 12,000 | | 12,000 | 12,000 | 12,000 | | |
| $ 260,228 | $ 229,628 | $ 210,673 | | $ 259,973 | $ 229,373 | $ 268,728 | | $ 246,628 | $ 253,428 | $ 251,728 | | $ 260,150 | $ 269,850 | $ 281,750 | | |
| | | | | | | | | | | | | | | | | |
| $ 61,750 | $ 61,750 | $ 66,500 | | $ 66,500 | $ 66,500 | $ 76,000 | | $ 76,000 | $ 76,000 | $ 76,000 | | $ 76,000 | $ 66,500 | $ 51,300 | | |
| | | | | | | | | | | | | | | | | |
| $ 321,978 | $ 291,378 | $ 277,173 | | $ 326,473 | $ 295,873 | $ 344,728 | | $ 322,628 | $ 329,428 | $ 327,728 | | $ 336,150 | $ 336,350 | $ 333,050 | | |
| | | | | | | | | | | | | | | | | |
| $ 3,023 | $ 33,623 | $ 72,828 | | $ 23,528 | $ 54,128 | $ 55,273 | | $ 77,373 | $ 70,573 | $ 72,273 | | $ 63,850 | $ 13,650 | $ (63,050) | | |
| | | | $ 109,473 | | | | $ 132,928 | | | | $ 220,218 | | | | $ 14,450 | $ 1,242,918 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $125,000 |
| $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 | | $750 | $750 | $750 | | $27,000 |
| | | | | | | | | | | | | | | | | $175,000 |
| | | $20,200 | | | | $20,000 | | | | | | | | | | $182,000 |
| | | $87,023 | | | | $110,678 | | | | $217,968 | | | | $12,200 | | $733,919 |
| | | $109,473 | | | | $132,928 | | | | $220,218 | | | | $14,450 | | $1,242,919 |