# EXHIBIT 3

# EXHIBIT 3

## EXHIBIT 3: REJECTED EXECUTORY CONTRACTS AND LEASES

None.