GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>Debtor. | Case No.: 24-13181-hlb<br>Chapter:   11<br><br>**Confirmation Hearing:**<br>Date:   December 18, 2024<br>Time:   2:30 p.m. |

## CERTIFICATION OF ACCEPTANCE AND REJECTION OF VARLUZ, LLC'S PLAN OF REORGANIZATION (BALLOT SUMMARY)

Varaluz, LLC, debtor and debtor-in-possess ("Debtor"), by and through its counsel, hereby submits its certification of acceptance of *Varaluz, LLC's Chapter 11 Plan of Reorganization* (the "Plan") pursuant to Local Rule 3018.

On September 26, 2024, the Court entered its *Order Granting Debtor's Ex Parte Motion to Fix Deadlines and Procedures in Subchapter V Case for Debtor's Proposed Chapter 11 Plan* (the "Procedures Order")[1] [ECF No. 71], which set a Record Date for voting purposes of October 31, 2024, and a Voting Deadline of November 18, 2024, at 5:00 p.m. (Pacific Time). Pursuant to the Procedures Order, the following documents were served on the Holders of the Class 1, Class 2, Class 3, and Class 4 Claims to the party's last known address: (i) the Procedures Order; (ii) the Confirmation Hearing Notice; (iii) the applicable Ballot; and (iv) the Plan. See ECF No. 76. Set forth below are the results of all votes received by the Voting Deadline.

. . .

---

[1] All undefined capitalized terms herein shall have the same meaning as the Procedures Order.

1. **Class 1:** **GENERAL UNSECURED CLAIMS**

Class 1 is Impaired under the Plan, and thus the Holders of the Class 1 Claims are entitled to vote on the Plan. Two (2) Class 1 Ballots were received by the Voting Deadline.

<u>Number of Votes from the Holder of the Class 1 Claim</u>

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 2 | 100% |
| Number of acceptances: | 2 | 100% |
| Number of rejections: | 0 | 0% |

<u>Amount of the Class 1 Claim Voted</u>
(Per Amount Listed on Ballot or Schedules)

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $2,256.73 | 100% |
| Amount of acceptances: | $2,256.73 | 100% |
| Amount of rejections: | $0 | 0% |

2. **Class 2:** **SBA CLAIM**

Class 2 is Impaired under the Plan, and thus the Holder of the Class 2 Claim is entitled to vote on the Plan. No Class 2 Ballot was received by the Voting Deadline.

3. **Class 3:** **CURE CLAIMS**

Class 3 is Impaired under the Plan, and thus the Holders of the Class 3 Claims are entitled to vote on the Plan. One (1) Class 3 Ballot was received by the Voting Deadline.

<u>Number of Votes from Holder of the Class 3 Claim</u>

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 1 | 100% |
| Number of acceptances: | 0 | 0% |
| Number of rejections: | 0 | 0% |

<u>Amount of the Class 3 Claim Voted</u>
(Per Amount Listed on Ballot)

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $105,000.00 | 100% |
| Amount of acceptances: | $105,000.00 | 100% |
| Amount of rejections: | $0 | 0% |

. . .

Garman Turner Gordon L
7251 Amigo Street, Ste. 210
Las Vegas, Nevada
(725) 777-3000

**4.    Class 4:    NON-PRIORITY UNSECURED CLAIMS**

Class 4 is Impaired under the Plan, and thus the Holders of the Class 4 Claims are entitled to vote on the Plan. Five (5) Class 4 Ballots were received by the Voting Deadline.

<u>Number of Votes from Holder of the Class 4 Claim</u>

|  | <u>Number</u> | <u>Percentage</u> |
|---|---|---|
| Total number of votes: | 5 | 100% |
| Number of acceptances: | 5 | 100% |
| Number of rejections: | 0 | 0% |

<u>Amount of the Class 4 Claim Voted</u>
(Per Amount Listed on Ballot)

|  | <u>Amount</u> | <u>Percentage</u> |
|---|---|---|
| Total amount voted: | $165,314.14[2] | 100% |
| Amount of acceptances: | $165,314.14 | 100% |
| Amount of rejections: | $0 | 0% |

**5.    Class 5:    EQUITY INTERESTS CLAIMS**

Class 5 is Unimpaired under the Plan, and thus the Holders of the Class 5 Equity Interests are not entitled to vote on the Plan.

**6.    FINAL TALLY**

By vote or by virtue of Section 1126, the Classes of Claims and Equity Securities under the Plan have accepted or rejected the Plan as follows:

Class 1:    Impaired; accepted.

Class 2:    Impaired; no ballot received.

Class 3:    Impaired; accepted.

Class 4:    Impaired; accepted.

. . .

. . .

. . .

. . .

---

[2] This includes one insider ballot in the amount of $129,391.69.

Class 5:     Unimpaired.

Dated this 20th day of November 2024.

                                            GARMAN TURNER GORDON LLP

                                            By: */s/ Talitha Gray Kozlowski*
                                                TALITHA GRAY KOZLOWSKI, ESQ.
                                                TERESA M. PILATOWICZ, ESQ.
                                                7251 Amigo Street, Suite 210
                                                Las Vegas, Nevada 89119
                                                *Attorneys for Debtor*

Garman Turner Gordon L
7251 Amigo Street, Ste. 210
Las Vegas, Nevada
(725) 777-3000