GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: 24-13181-hlb |
|---|---|
| VARALUZ, LLC, | Chapter: 11 |
| Debtor(s). | |

**AMENDMENT COVER SHEET**

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

☐ Voluntary Petition (specify reason for amendment) Address correction
☐ Summary of Schedules
☐ Schedule A – Real Property
☐ Schedule B – Personal Property
☐ Schedule C – Property Claimed as Exempt
☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☐ Add/delete creditor(s), change amount or classification of debt - **$33.00 fee required**.
    ☐ Add/change address of already listed creditor – **no fee**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☐ Schedule H – Codebtors
☐ Schedule I – Current Income of Individual Debtor(s)
☐ Schedule J – Current Expenditures of Individual Debtor(s)
☐ Declaration Regarding Schedules
☐ Statement of Financial Affairs and/or Declaration
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Disclosure of Compensation of Attorney for Debtor
☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
☐ Certificate of Credit Counseling
☐ Other: _____

DATED this 3rd day of March 2025.

RONALD HENDERSON
*President*

GARMAN TURNER
GORDON
7251 Amigo St., Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Varaluz, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 24-13181 |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Vendor Agreement** | **L-1 Cooperative, Inc. dba Lighting One**<br>**Attn: In-House Counsel**<br>**4301 Earth City Expy.**<br>**St. Louis, MO 63045** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: **Data processing agreement** | **Oracle America, Inc. (Netsuite)**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest: **Marketing** | **Spectra Marketing Group**<br>**200 Davis Drive**<br>**Newmarket, ON L3Y 2N4**<br>**Canada** |
| | State the term remaining | |
| | List the contract number of any government contract | |