# EXHIBIT A

# EXHIBIT A

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>   Debtor. | Case No.: 24-13181-hlb<br>Chapter:  11<br><br>Bid Deadline:<br>Date:  April 1, 2025<br>Time: 5:00 p.m.<br><br>Sale Hearing:<br>Date: April 15, 2025<br>Time: 10:30 a.m. |

**NOTICE OF BID PROCEDURES AND SALE HEARING**

**PLEASE TAKE NOTICE** that on February 27, 2025, Varaluz, LLC, debtor and debtor-in-possession ("Debtor"), filed its *Motion for Order (I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; (III) Establishing Bid and Sale Procedures; and (IV) Granting Related Relief* (the "Bid Procedures Motion")[1] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Bid Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that by order dated March __, 2025, the Bankruptcy Court approved the proposed Bid Procedures and the Sale Motion [ECF No. __] (the "<u>Bid Procedures Order</u>").

**PLEASE TAKE FURTHER NOTICE** that all interested parties are invited to submit a Qualified Bid and to make offers to purchase all of Debtor's assets in accordance with the terms of the Bid Procedures set forth in the Bid Procedures Order. The deadline to submit bids (the "<u>Bid Deadline</u>") is **April 1, 2025, at 5:00 p.m. (PT)**.

**PLEASE TAKE FURTHER NOTICE** that prior to the Bid Deadline, a Qualified Bidder that desires to make a Bid shall deliver written copies of its Bid to:

> Talitha Gray Kozlowski, Esq.
> Garman Turner Gordon
> 7251 Amigo Street, Suite 210
> Las Vegas, Nevada 89119
> tgray@gtg.legal

**PLEASE TAKE FURTHER NOTICE** that if a Qualified Bid (other than the bid of Ciana Lighting) is received by the Bid Deadline, Debtor will hold an auction to sell Debtor's assets free and clear of all liens, claims, encumbrances, and other interests within the meaning of 11 U.S.C. § 363(f) on **April 8. 2025**, which auction shall be organized and conducted by Debtor's counsel via zoom. All Qualified Bidders will be provided with the necessary zom credentials in advance of the auction.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed sale must: (a) be in writing; (b) clearly specify the grounds for the objection; (c) comply with the Bankruptcy Rules and the Local Rules; (d) be filed with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 S. Las Vegas Boulevard, Las Vegas, Nevada 89101; and (d) be served so as to be received by: (1) counsel for Debtor, Talitha Gray Kozlowski: tgray@gtg.legal, and (2) all parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Bankruptcy Rule 2002 by **April 9, 2025**.

**PLEASE TAKE FURTHER NOTICE** that replies to any objection(s) must: (a) be in writing; (b) clearly specify the grounds on which made; (c) comply with the Bankruptcy Rules and

1 the Local Rules; (d) be filed with the Clerk of the United States Bankruptcy Court for the District
2 of Nevada, 300 S. Las Vegas Boulevard, Las Vegas, Nevada 89101; and (d) be served so as to be
3 received by: (1) counsel for Debtor, Talitha Gray Kozlowski: tgray@gtg.legal, (2) counsel for the
4 party submitting the objection, and (3) all parties entitled to notice pursuant to Bankruptcy Rule
5 2002, in accordance with Local Bankruptcy Rule 2002 by **April 11, 2025.**

6 **PLEASE TAKE FURTHER NOTICE** that the Sale Hearing shall be conducted by the
7 Bankruptcy Court on **April 15, 2025, at 10:30 a.m.** (PT) (the "Sale Hearing"), or on such other
8 date as the Court may direct. Requests for any information concerning the sale of Debtor's assets
9 should be directed by written request to Debtor's undersigned counsel.

10    DATED this ____ day of March, 2025.

11                                        GARMAN TURNER GORDON LLP

13    By: /s/
        TALITHA GRAY KOZLOWSKI, ESQ.
        TERESA M. PILATOWICZ, ESQ.
14      MARY LANGSNER, Ph.D.
        7251 Amigo Street, Suite 210
15      Las Vegas, Nevada 89119
        *Attorneys for Debtor*