GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>VARLUZ, LLC,<br><br>　　　　Debtor. | Case No.: 24-13181-hlb<br>Chapter:   11<br><br>Hearing:<br>Date:   March 11, 2025<br>Time:   3:00 p.m. |
|---|---|

### NOTICE OF INTENT TO ASSUME AND ASSIGN CONTRACTS

**PLEASE TAKE NOTICE** that on March 17, 2025, the United States Bankruptcy Court for the District of Nevada entered an Order [ECF No. 153] (the "Bid Procedures Order") on the *Motion for Order (I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; (III) Establishing Bid and Sale Procedures; and (IV) Granting Related Relief* (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the Debtor has indicated an intent to assume and assign to a buyer the following contracts and unexpired leases (the "Assumed Contracts"), subject to payment of the following cure amounts (the "Cure Amounts"):

| **Contract Counterparty** | **Address** | **Cure Amount** |
|---|---|---|
| Adobe | Adobe<br>Attn: Contracts Manager<br>345 Park Avenue<br>San Jose, CA 95110 | $0 |

---
[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

| | | |
|---|---|---|
| Adobe(Acrobat Only) | Adobe<br>Attn: Contracts Manager<br>345 Park Avenue<br>San Jose, CA 95110 | $0 |
| Airtable | Airtable<br>Attn: Contracts Manager<br>799 Market St., 8th Floor<br>San Francisco, CA 94103 | $0 |
| Amazon | Amazon<br>Attn: Contracts Manager<br>410 Terry Avenue North,<br>Seattle, WA 98109-5210 | $0 |
| ChatGPT | ChatGPT<br>Attn: Contracts Manager<br>3187 18th Street<br>San Francisco, CA 94110 | $0 |
| CouchDrop | CouchDrop<br>Attn: Contracts Manager<br>237A Kilmore Street<br>Christchurch Central City<br>Christchurch 8011, New Zealand | $0 |
| DropBox | DropBox<br>Attn: Contracts Manager<br>1800 Owens Street<br>San Francisco, CA 94158 | $0 |
| LogMeIn | LogMeIn<br>Attn: Contracts Manager<br>333 Summer Street 5th Floor Boston, MA 02210 | $0 |
| Mail Chimp | Mail Chimp<br>Attn: Contracts Manager<br>405 N Angier Ave. NE<br>Atlanta, GA 30308 | $0 |
| McAffee | McAfee, LLC<br>Attn: Contracts Manager<br>6220 America Center Drive<br>San Jose, CA 95002 | $0 |
| Norton | Norton<br>Attn: Contracts Manager<br>60 East Rio Salado Parkway<br>Suite 1000<br>Tempe, AZ 85281 | $0 |

| | | |
|---|---|---|
| Microsoft 365 | Microsoft Corporation<br>Attn: Contracts Manager<br>One Microsoft Way<br>Redmond, WA 98052-5511 | $0 |
| Midjourney | MidJourney, Inc.<br>Attn: Contracts Manager<br>333 Harrison Street, Apt 605<br>San Francisco CA 94105 | $0 |
| Slack | Slack<br>Attn: Contracts Manager<br>500 Howard Street<br>San Francisco, CA 94105 | $0 |
| Sonicwall | Dell SonicWALL Services<br>Attn: Contracts Manager<br>PO Box 49042<br>San Jose CA 95161-9955 | $0 |
| CSA Global Partners, Inc. | CSA Global Partners, Inc.<br>Attn: Robert Wilson<br>4301 Earth City Expressway<br>Earth City, MO 63045 | $7,405.00 |
| Apple | Apple Store<br>Attn: Contracts Manager<br>3200 Las Vegas Blvd S. Ste. 1760<br>Las Vegas NV 89109 | $0 |
| Cox Phone & Internet | Cox Communications, Inc.<br>Attn: Contracts Manager<br>PO Box 53262<br>Phoenix AZ 85072-3262 | $0 |
| T-Mobile | T-Mobile<br>Attn: Contracts Manager<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | $0 |
| Shopify & Shopify Clearance | Shopify & Shopify Clearance<br>Attn: Contracts Manager<br>151 O'Connor Street, Ground floor<br>Ottawa, ON, K2P 2L8, Canada | $0 |
| SPS (Versapay) | SPS Commerce<br>Attn: Contracts Manager<br>VB Box 3<br>PO Box 9202<br>Minneapolis, MN 55480 | $0 |

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| | | |
|---|---|---|
| Commercehub | Rithum, LLC<br>Attn: Contracts Manager<br>25736 Network Place<br>Chicago IL 60673-1257<br>518-810-0700 #4 | $0 |
| Lights America | Lights America<br>Attn: Contracts Manager<br>PO Box 704<br>987 S. Randall Road<br>Geneva IL 60134 | $0 |
| MySamm | LJ&L Enterprises, LLC<br>dba MySamm<br>Attn: Contracts Manager<br>P.O. Box 30568<br>Savannah GA 31410 | $0 |
| Product Care British Columbia | Product Care Association<br>Attn: Contracts Manager<br>420 - 2238 Yukon St.<br>Vancouver BC V5Y 3P2 | $0 |
| ECAT/Supercat | Super Cat Solutions<br>Attn: Contracts Manager<br>PO Box 8098<br>Wilson NC 27896 | $0 |
| NACM San Diego | NACM Commercial Services<br>Attn: Contracts Manager<br>606 N Pines, Suite 102<br>Spokane Valley WA 99206 | $0 |
| FedEx | FedEx Ground and Parcel<br>Attn: Contracts Manager<br>PO Box 7221<br>Pasadena, CA 91109 | $18,611.13 |
| International Market Centers (High Point, NC Lease) | Market Square IV SPE LLC<br>C/O International Market Centers LP<br>475 S. Grand Central Parkway #1615<br>Las Vegas NV 89106 | $53,229.39 + unpaid post-petition rent |
| WTC-Trade Mart 2015, L.P., Market Center Management Company, Ltd. (Dallas Showroom Lease) | Dallas Market Center<br>WTC-Trade Mart 2015, LP<br>PO Box 845467<br>Dallas TX 75284-5467 | $0 |
| NetSuite | Oracle America, Inc. (NetSuite)<br>Attn: Contracts Manager<br>2300 Oracle Way<br>Austin, TX 78741 | $20,068.19 |

| Lighting One / CCA Global | CCA Global Partners<br>Attn: Contracts Manager<br>PO Box 538030<br>Atlanta GA 30353-8030 | $2,157.43 |
|---|---|---|
| Spectra Marketing Group | Spectra Marketing Group<br>Attn: Contracts Manager<br>200 Davis Drive, Unit 9<br>Newmarket, ON L3Y 2N4<br>Canada | $6,544.70 |

**PLEASE TAKE FURTHER NOTICE** that objections to the Cure Amounts, whether or not such party previously has filed a proof of claim with respect to amounts due under the applicable Assumed Contract, and/or objections to the potential assumption of such Assumed Contract must be filed by and served, together with all documentation supporting such cure claim or objection, so as to be received by **April 9, 2025**, on Debtor's counsel at the address below:

Garman Turner Gordon LLP
Attn: Talitha Gray Kozlowski, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
tgray@gtg.legal

**PLEASE TAKE FURTHER NOTICE** that where a counterparty to an Assumed Contract files an objection with the Bankruptcy Court to the assumption by the Debtor and assignment to the prevailing bidder of such Assumed Contract (the "Disputed Assumption") and/or asserting a cure amount higher than the proposed Cure Amounts listed in this notice (the "Disputed Cure Amounts"), the Debtor, the prevailing bidder, and the counterparty shall meet and confer in good faith to attempt to resolve any such objection without Court intervention. If the dispute cannot be resolved without judicial intervention, then the determination of the assumption and assignment of the Disputed Assumption and/or the amount to be paid under Section 365 of the Bankruptcy Code with respect to the Disputed Cure Amounts will be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to an Assumed Contract that fails to timely object to the proposed cure amounts set forth herein or the proposed assumption and assignment of an Assumed Contract by **April 9, 2025**, is deemed to have consented to such cure amounts and the assumption and assignment of such Assumed Contract and such party shall

be forever barred from objecting to the cure amounts or such assumption and assignment and from asserting any additional cure or other amounts against Debtor, its estate, the Debtor, or the prevailing bidder.

**PLEASE TAKE FURTHER NOTICE** that Debtor and the prevailing bidder, as applicable, reserve the right to designate which, if any, executory contracts or unexpired leases will be assumed and assigned. Inclusion of a contract or lease on this notice does not indicate that the prevailing bidder will ultimately determine to have the Debtor assume and seek assignment of such contract or lease. No executory contract or unexpired lease will be assumed unless and until the occurrence of the closing of the sale of the Debtor's assets.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of a contract or lease herein shall not constitute or be deemed a determination or an admission by Debtor that such agreement is in fact an executory contract or unexpired lease within the meaning of Section 365 of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

**PLEASE TAKE FURTHER NOTICE** that a hearing to determine any Disputed Cure Amounts or Disputed Assumption will be held on **April 15, 2025, at 10:30 a.m. (PT)** before the Honorable Hilary Barnes at the United States Bankruptcy Court for the District of Nevada, located in Courtroom 2, 300 Booth Street, Reno, Nevada 89509. Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 160 532 0260 and entering access code or passcode 643758#.

Dated this 17th day of March, 2025.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Debtor*